# EXHIBIT A

# United States Patent Office

**804,869**
Registered Mar. 1, 1966

## PRINCIPAL REGISTER
Service Mark

Ser. No. 198,788, filed July 29, 1964



Volkswagenwerk Aktiengesellschaft (German corporation)
Wolfsburg, Germany

For: REPAIR AND RECONDITIONING OF MOTOR VEHICLES, AIRCRAFT AND BOATS, in CLASS 103.
First use 1949; in commerce July 1, 1950.
Owner of Reg. No. 631,649.

M. E. ABRAMSON, *Examiner.*

Int. Cls.: 8, 9, 11, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 30

Prior U.S. Cls.: 2, 3, 9, 13, 14, 19, 21, 22, 23, 26, 27, 28, 32, 33, 34, 37, 38, 39, 40, 41, 42, 46 and 50

Reg. No. 1,883,332

**United States Patent and Trademark Office**    Registered Mar. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER



VOLKSWAGEN    AKTIENGESELLSCHAFT (FED REP GERMANY COMPANY) WOLFSBURG, FED REP GERMANY

FOR: COMPACT HAND TOOL KITS, COMPRISED OF SCREW DRIVERS; SWISS ARMY KNIVES; AND ICE SCRAPERS , IN CLASS 8 (U.S. CL. 23).

FIRST   USE   1–0–1993;   IN   COMMERCE 5–0–1993.

FOR: SUNGLASSES; DECORATIVE AND INFORMATIONAL MAGNETS; EMERGENCY REFLECTORS FOR USE ON VEHICLES, IN CLASS 9 (U.S. CLS. 14, 19, 21 AND 26).

FIRST   USE   1–0–1993;   IN   COMMERCE 5–0–1993.

FOR: FLASHLIGHTS; PENLIGHTS; EMERGENCY ROAD KITS, COMPRISED OF FLARES AND FLARE LAUNCHERS, IN CLASS 11 (U.S. CLS. 9, 21 AND 34).

FIRST   USE   1–0–1993;   IN   COMMERCE 5–0–1993.

FOR: CHRONOMETER WATCHES; CUFF LINKS; PRECIOUS METAL LAPEL PINS; WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST   USE   10–0–1984;   IN   COMMERCE 1–0–1985.

FOR: FOUR-COLOR PAPER CUBES; PLAYING CARDS; PENS; COLORING BOOKS; ROAD ATLASES, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST   USE   10–0–1984;   IN   COMMERCE 1–0–1985.

FOR: LUGGAGE SETS; LEATHER DESK FOLDERS, WITH AND WITHOUT A CALCULATOR;    LEATHER    PASSPORT    CASES; LEATHER BUSINESS CARD CASES; LEATHER PHOTO CASES; LEATHER LUGGAGE TAGS; UMBRELLAS, BOTH FOLDING GOLF STYLE AND SCALLOPED EDGE STYLE; CANVAS TOTE BAGS; BARREL TOTE BAGS, IN CLASS 18 (U.S. CLS. 2, 3, 41 AND 50).

FIRST   USE   10–0–1984;   IN   COMMERCE 1–0–1985.

**2**                                   **1,883,332**

FOR: STADIUM CUSHIONS; PLASTIC KEY TAGS; PLASTIC FLAGS; PLASTIC KEY FOBS, IN CLASS 20 (U.S. CLS. 13, 32 AND 50).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: COMMEMORATIVE DRINKING GLASSES; BEVERAGE COOLERS; FOAM HOLDERS FOR BEVERAGE CANS; JUGS; TRAVEL MUGS; COFFEE MUGS; BOTTLE OPENERS, IN CLASS 21 (U.S. CLS. 2, 23 AND 33).

FIRST USE 10–0–1984; IN COMMERCE 1–0–1985.

FOR: GOLF TOWELS; BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: APPAREL, NAMELY SOCKS; HEAD-BAND/WRISTBAND SETS; CLOTH BABY BIBS; SHIRTS; SWEATERS; SWEATSHIRTS, T-SHIRTS; JACKETS; SHORTS; WARM-UP SUITS; CUSTOM PANTS; GOLF GLOVES; CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10–0–1984; IN COMMERCE 1–0–1985.

FOR: SHOE LACES; EMBROIDERED EM-BLEMS, BELT BUCKLES NOT MADE OF PRE-CIOUS METAL, IN CLASS 26 (U.S. CL. 40).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: GOLF BALLS; DIVOT FIXERS; GOLF TEES AND MARKER SETS; TOY FLYING DISCS; YO-YOS; GOLF BAG COVERS; BAL-LOONS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: LOLLIPOPS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

OWNER OF U.S. REG. NOS. 631,649, 1,485,056 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS "VW" WITHIN CONCENTRIC CIR-CLES.

SER. NO. 74–417,830, FILED 7–28–1993.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,100,963

# United States Patent and Trademark Office

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER



VOLKSWAGEN    AKTIENGESELLSCHAFT
(FED REP GERMANY CORPORATION)
POSTFACH 3180
WOLFSBURG 1, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, NAMELY, ANTI-THEFT ALARMS FOR VEHICLES, AUTOMOBILE BODIES, AUTOMOBILE BUMPERS, AUTOMOBILE CHASSIS, AUTOMOBILE SEAT CUSHIONS, AUTOMOBILE SUNROOFS, AUTOMOBILE WINDSHIELD SUNSHADES, AXLE BEARINGS FOR LAND VEHICLES, VEHICULAR BALLOONS, WHEEL BEARINGS FOR LAND VEHICLES, DRIVE BELTS, SEAT BELTS FOR USE IN VEHICLES, BRAKE BLOCKS FOR LAND VEHICLES, BRAKE HARDWARE FOR VEHICLES, BRAKE LININGS FOR LAND VEHICLES, BRAKE PADS FOR LAND VEHICLES, BRAKES FOR LAND VEHICLES, CAR-TOP LUGGAGE CARRIERS, CLUTCHES FOR LAND VEHICLES, VEHICLE SEAT COVERS, DIESEL ENGINES FOR LAND VEHICLES, DIRECTIONAL SIGNALS FOR VEHICLES, DRIVE GEARS, ENGINES FOR LAND VEHICLES, FENDERS, GLASS WINDOWS FOR VEHICLES, HORNS FOR VEHICLES, HUB CAPS, FITTED LINERS FOR THE CARGO AREA OF VEHICLES, LUGGAGE CARRIERS FOR VEHICLES, MIRRORS FOR VEHICLES, NAMELY, SIDEVIEW AND REARVIEW, SKI AND BIKE RACKS FOR VEHICLES, RUNNING BOARDS, SEAT BELTS FOR VEHICLES, SHOCK ABSORBERS, SPOILERS FOR VEHICLES, STEERING BOOT KITS FOR USE WITH LAND VEHICLES, STEERING WHEELS, SUSPENSION SYSTEMS FOR VEHICLES, TIRE VALVES FOR VEHICLE TIRES, TRANSMISSIONS, VEHICLES WINDOWS, WINDSHIELD WIPER BLADES, WINDSHIELD WIPERS, WINDSHIELDS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

2

2,100,963

FIRST    USE    3–1–1995;    IN    COMMERCE
3–1–1995.

OWNER OF U.S. REG. NOS. 653,695, 1,883,332
AND OTHERS.

SER. NO. 75–085,266, FILED 4–8–1996.

BARBARA    GAYNOR,    EXAMINING    ATTOR-
NEY

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107

**Reg. No. 2,849,974**

# United States Patent and Trademark Office

Registered June 8, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
D-38436
WOLFSBURG, FED REP GERMANY

FOR: CHEMICALS USED IN INDUSTRY, SCIENCE, PHOTOGRAPHY, HORTICULTURE AND FORESTRY, NAMELY, CATALYSTS; CHLORINE, MINERAL FILTERING MATERIALS, UNPROCESSED CELLULOSE; CHEMICALS FOR USE IN THE MANUFACTURE OF LACQUERS, ANTI-RUST PREPARATIONS, PAINTS, ADHESIVES, COSMETICS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; MANURES; FIRE EXTINGUISHING COMPOSITIONS;

TEMPERING CHEMICALS FOR USE IN METAL-WORKING OR SOLDERING; SOLDERING CHEMICALS; SOLDERING FLUX; CHEMICAL PRESERVATIVES FOR FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; ADHESIVES FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINT USED ON WOOD, METAL, CONCRETE, CERAMICS, AND PLASTIC; PAINT USED IN THE AUTOMOTIVE FIELD; VARNISHES; LACQUERS IN THE NATURE OF A COATING; ANTI-RUST PREPARATIONS FOR PRESERVATION, NAMELY, AN UNDERCOATING FOR VEHICLE CHASSIS; THINNERS FOR LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: FURBISHING PREPARATIONS, NAMELY, POLISH FOR VEHICLES OR MACHINES OR ELECTROTECHNICAL ARTICLES; DEGREASING PRE-

PARATIONS FOR USE ON METAL, WOOD, CERA-MICS, PLASTICS, CONCRETE; GRINDING PRE-PARATIONS, NAMELY, GRINDING PASTE; RUST REMOVING PREPARATIONS; ABRASIVE PAPER FOR POLISHING AND SANDING; PERFUME; PER-FUME OILS; ETHEREAL OILS; COSMETICS, NAMELY, DISPOSABLE WIPES IMPREGNATED WITH COSMETIC LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AU-TOMOBILES, AIRCRAFT ENGINES AND INDUS-TRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GA-SOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: PLASTERS FOR MEDICAL PURPOSES; MEDICAL DRESSINGS, NAMELY, BURN, WOUND, SURGICAL DRESSINGS; FIRST AID KITS; PHAR-MACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF DIABETES, ANGINA, SHOCK, PAIN, INSOMNIA SOLD IN PORTABLE FILLED MEDICINE CASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS, METAL TOOL BOXES AND PORTABLE METAL TOOL CHESTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MA-CHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES; POWER TRANSMIS-SION BELTS FOR MACHINES; BELTS FOR TRANS-MISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HY-DRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS AND IMPLEMENTS, NAME-LY, SCRAPING TOOLS AND HAND SPANNERS; CUTLERY OF PRECIOUS OR NON-PRECIOUS ME-TAL; HAND OPERATED LIFTING JACKS; FORKS; SPOONS; MANICURE SETS; KNIVES, NAMELY, KNIVES FOR HUNTING, FOLDING, CHEF, KITCH-EN, BUTCHER, PARING, FISHING, SPORT, PRE-CIOUS METAL, STERLING SILVER TABLE; RAZORS; RAZOR CASES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPH-IC, OPTICAL, WEIGHING, MEASURING, SIGNAL-ING, CHECKING AND SUPERVISION, LIFE-SAVING AND TEACHING APPARATUS AND IN-STRUMENTS, NAMELY, SPECTACLES, OPTICS, EYEGLASS CASES, BINOCULARS, SUNGLASSES, VOLTAGE REGULATORS FOR VEHICLES, VEHI-CLE BREAKDOWN WARNING TRIANGLES, ELEC-TRIC CIGARETTE LIGHTERS FOR AUTOMOBILES, ALARMS FOR ANTI-INTRUSION, BURGLAR, FIRE, PERSONAL SAFETY, THEFT, ELECTRICAL ACCUMULATORS, SPEEDOM-ETERS, LIFE JACKETS, ACID HYDROMETERS, ELECTRIC FUSES, FUSES FOR AUTOMOBILES, ELECTRIC RELAYS, SOLAR BATTERIES, NAVIGA-TIONAL INSTRUMENTS FOR USE IN AUTOMO-BILES, BOATS, AIRPLANES AND FOR HIKING; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIOS, TELEVISION SETS, AUDIO AND VIDEO TAPE RECORDERS, CD AND DVD PLAYERS, RADIO AERIALS, RADIOS, BLANK MAGNETIC DATA CARRIERS, BLANK RECORD-ING DISCS; MAGNETICALLY ENCODED CREDIT, DEBIT AND PREPAID TELEPHONE CALLING CARDS; ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING USED TO ACCESS AUTOMATIC TELLER MACHINES IN THE BANKING FIELD OF USE AND USED TO PUR-CHASE FARES ON BUSSES, TRAINS AND FERRIES IN THE PUBLIC TRANSPORTATION FIELD OF USE; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN OPERATED APPARA-TUS; AUTOMATIC DISTRIBUTION MACHINES, FOR USE IN THE FIELD OF VEHICLE SALES, LEASING, RENTING, AND VEHICLE REPAIR SER-VICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SURGICAL, MEDICAL, DENTAL AND VE-TERINARY APPARATUS AND INSTRUMENTS, NAMELY, ABDOMINAL BELTS, ABDOMINAL CORSETS, ABDOMINAL PADS, ELECTRIC AND NON-ELECTRIC ACUPUNCTURE INSTRUMENTS, ACUPUNCTURE NEEDLES, AEROSOL DISPEN-SERS FOR MEDICAL USE, AIR MATTRESSES FOR MEDICAL PURPOSES, AIR PILLOWS FOR MEDICAL PURPOSES, ANESTHETIC DELIVERY APPARATUS, ANESTHETIC MASKS, APPLIANCES FOR WASHING BODY CAVITIES, ARCH SUP-PORTS FOR BOOTS OR SHOES, DENTAL ARTICU-LATORS, ARTIFICIAL LIMBS, APPARATUS FOR ARTIFICIAL RESPIRATION, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, ARTIFICIAL TEETH, AUTOCLAVES FOR MEDICAL USE, BABY BOTTLE NIPPLES, BABY BOTTLES, BABY NURSERS, PAPER BAGS AND ENVELOPES FOR STERILIZING MED-ICAL INSTRUMENTS, COMPRESSION BANDAGES, ELASTIC BANDAGES, ORTHOPEDIC SUPPORT BANDAGES, BANDAGES FOR ANATOMICAL JOINTS, BED PANS, BED VIBRATORS, ORTHOPE-DIC BELTS, BELTS FOR ATTACHING MEDICAL MONITORS TO PATIENTS, BONE AND SKIN BIO-LOGICAL TISSUE INTENDED FOR SUBSEQUENT IMPLANTATION, BIRTHING CHAIRS, DENTAL BITE TRAYS, SURGICAL BLADES, ELECTRIC BLANKETS FOR MEDICAL PURPOSES, BLOOD DRAWING APPARATUS, BLOOD FILTERS, BLOOD PRESSURE MEASURING APPARATUS, BONE IM-PLANTS, BONE SCREWS, BABY BOTTLES, FEED-ING BOTTLES, INTRAVENOUS FEEDING BOTTLES, DROPPER BOTTLES FOR ADMINISTER-ING MEDICATION, SOLD EMPTY, SURGICAL BOUGIES, ORTHOPEDIC BRACES, BRACES FOR LIMBS AND JOINTS, FOR MEDICAL USE, BRACES

FOR TEETH, BREAST PADS, BREAST PROSTHESES, BREAST PUMPS, BREAST SHIELDS, ARTIFICIAL BREASTS, DENTAL BRIDGES, BRUSHES FOR CLEANING BODY CAVITIES, DENTAL BURRS, CARDIOPULMONARY RESUSCITATION MASKS, CANES FOR MEDICAL PURPOSES, CANNULAC, SURGICAL CAPS, CARDIAC ELECTRODES, CARDIAC PROBES, CASES FITTED FOR MEDICAL INSTRUMENTS AND FOR USE BY DOCTORS, CASTRATING PINCERS, CATGUT FOR SURGICAL USE, CATHETERS, CERVICAL PILLOWS FOR MEDICAL USE, DENTAL EXAMINATION CHAIRS, MEDICAL PATIENT OR TREATMENT CHAIRS, SURGICAL CLIPS, CHEMICALLY ACTIVATED HOT AND/OR COLD COMPRESSES, NON-MEDICATED COMPRESSES, SURGICAL COMPRESSES, THERMO-ELECTRIC COMPRESSES, SURGICAL COMPRESSORS, CONDOMS, CONTAINERS FOR MEDICAL WASTE, DIAPHRAGMS FOR CONTRACEPTION, CORSETS FOR THERAPEUTIC USE, DENTAL CROWNS, CRUTCHES AND TIPS THEREFOR, CUPS FOR DISPENSING MEDICINE, HEATING CUSHIONS FOR MEDICAL PURPOSES, SURGICAL CUTLERY, DEFIBRILLATORS, DENTAL CAPS, DENTAL EXAMINATION CHAIRS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL INLAYS, DENTAL INSTRUMENTS, NAMELY, PICKS, BURRS, MIRRORS, DENTAL ONLAYS, DENTURES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, DIAPHRAGMS FOR CONTRACEPTION, AEROSOL DISPENSERS FOR MEDICAL USE, DISPOSABLE MEDICAL STERILIZATION POUCHES, DRAINAGE TUBES FOR MEDICAL PURPOSES, SURGICAL DRAPES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, EYE DROPPERS, DROPPERS FOR ADMINISTERING MEDICATION, SOLD EMPTY, EAR PLUGS FOR MEDICAL ELECTROCARDIOGRAPHS, CARDIAC ELECTRODES, MEDICAL ELECTRODES, ELECTRONIC STIMULATOR FOR NERVES, SKIN, AND MUSCLES, ENDOBRACHIAL TUBES, ENDOTRACHEAL TUBES, ENEMA APPATATUS, EXERCISE MACHINES FOR THERAPEUTIC PURPOSES, EYEPATCHES FOR MEDICAL USE, ORTHOPEDIC FOOTWEAR, FORCEPS FOR MEDICAL USE, GASTROSCOPES, SURGICAL GLOVES, GLOVES FOR MASSAGE, GLOVES FOR MEDICAL USE, MEDICAL EXAMINATION GOWNS, SURGICAL GOWNS, MEDICAL GUIDEWIRES, GUM MASSAGING INSTRUMENTS, HEARING AIDS, HEART PACEMAKERS, HEAT LAMPS FOR MEDICAL USE, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING CUSHIONS FOR MEDICAL PURPOSES, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING PADS FOR MEDICAL PURPOSES, HEMODIALYSIS APPARATUS, HOSPITAL BEDS FOR USE BY BURN PATIENTS, HOSPITAL GURNEYS, HYPODERMIC NEEDLES, HYPODERMIC SYRINGES, MEDICAL ICE PACKS, OCULAR IMPLANTS, ORTHOPEDIC JOINT IMPLANTS, INCONTINENCE BED PADS, INCONTINENCE SHEETS, INCUBATORS FOR BABIES, INFUSION SETS, INHALERS FOR THERAPEUTIC USE, SOLD EMPTY, INTRAOCULAR LENSES, INTRAVENOUS FEEDING TUBES, INVALID HOISTS, INVALID LIFTS, ARTIFICIAL JAWS, KNIVES FOR SURGICAL PURPOSES,

MEDICAL EXAMINATION LAMPS, SURGICAL LAMPS, QUARTZ LAMPS FOR MEDICAL PURPOSES, LANCETS, LARYNGOSCOPES, LASER POINTERS FOR MEDICAL USE, LASERS FOR MEDICAL USE, MRI DIAGNOSTIC APPARATUS, ANESTHETIC MASKS, SURGICAL MASKS, MASKS FOR USE BY MEDICAL PERSONNEL, ELECTRIC AND NON-ELECTRIC MASSAGE APPARATUS, AIR MATTRESSES FOR MEDICAL PURPOSES, MEDICAL BAGS DESIGNED TO HOLD MEDICAL INSTRUMENTS, SOLD EMPTY, MEDICAL STENTS, MEDICAL SYRINGES, MEDICAL TREATMENT APPAREL, MEDICAL TUBING USED FOR DRAINAGE, TRANSFUSION, AND ADMINISTERING DRUGS, SURGICAL MIRRORS, FETAL PULSE MONITORS, HEART MONITORS, PULSE RATE MONITORS, RESPIRATION MONITORS, MOUNTS FOR MEDICAL X-RAY NEGATIVES, MOUTH GUARDS FOR MEDICAL PURPOSES, NEBULIZERS FOR RESPIRATION THERAPY, NEEDLES FOR MEDICAL USE, NERVE STIMULATOR APPARATUS, BABY NURSERS, OBSTETRIC APPARATUS FOR CATTLE, OPERATING ROOM APPAREL, OPERATING TABLES, OPHTHALMOMETERS, OPHTHALMOSCOPES, ORTHODONTIC APPLIANCES, ORTHOPEDIC JOINT IMPLANTS, ORTHOPEDIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC SUPPORTS, FOOT AND HAND ORTHOTICS, OTOSCOPES, OXYGEN MASKS FOR MEDICAL USE, OXYGEN MONITORS, PACIFIERS FOR BABIES, PADDING FOR ORTHOPEDIC CASTS, PATIENT EXAMINATION TABLES, PATIENT SAFETY RESTRAINTS, PATIENT TREATMENT TABLES, PHOTOTHERAPEUTIC APPARATUS FOR MEDICAL PURPOSES, PLASTER CASTS FOR ORTHOPEDIC PURPOSES, DISPOSABLE MEDICAL STERILIZATION POUCHES, URETHRAL PROBE SYRINGES, CARDIAC PROBES, URETHRAL PROBES, HAND PROSTHESES, RADIOLOGICAL APPARATUS FOR MEDICAL PURPOSES, RESPIRATORS FOR ARTIFICIAL RESPIRATION, RESUSCITATION APPARATUS, RESUSCITATORS, RETINOSCOPES, THERAPEUTIC SAUNAS, SURGICAL SAWS, SCALPELS, SURGICAL SCISSORS, SURGICAL SCRUB SUITS, SURGICAL SHOE COVERS, SILICONE GEL SHEETING FOR THE TREATMENT OF SCARS, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, SLINGS FOR MEDICAL ORTHOPEDIC SOLES, SPHYGMOMANOMETERS, MEDICAL SPITTOONS, ORTHOPEDIC AND SURGICAL SPLINTS, SURGICAL SPONGES, SPOONS FOR ADMINISTERING MEDICINE, SURGICAL SKIN STAPLERS, SURGICAL STAPLERS, STERILIZATION UNITS FOR MEDICAL INSTRUMENTS, STETHOSCOPES, STIRRUPS FOR USE WITH MEDICAL EXAMINATION TABLES, ELASTIC STOCKINGS FOR SURGICAL USE, STRAIGHT JACKETS, MEDICAL STRETCHERS, STRETCHERS FOR PTTIENT TRANSPORT, SURGICAL SCRUB SUITS, SUPPORTS FOR LEGS, ARMS, BACKS, NECKS, HEADS, ANKLES, KNEES, ELBOWS AND WRISTS FOR MEDICAL USE, SURGICAL IMPLANTS COMPRISING ARTIFICIAL MATERIAL, SURGICAL INSTRUMENTS, NAMELY, SCALPELS, BLADES AND STAPLERS, SURGICAL THREAD, SUTURES, UTERINE SYRINGES, VAGINAL SYRINGES, TEETHING RINGS, THER-

MAL PACKS FOR FIRST AID PURPOSES, THERMOMETERS FOR MEDICAL PURPOSES, TOILETS ADAPTED FOR MEDICAL PATIENTS OR FOR USE BY HANDICAPPED PERSONS, TONGUE DEPRESSORS, TRACHEOSTOMY TUBES, TRACTION APPARATUS FOR MEDICAL USE, TRANSDERMAL DRUG DELIVERY PATCHES SOLD WITHOUT MEDICATION, TRANSFUSION SETS, TRUSSES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, ULTRASOUND DIAGNOSTIC APPARATUS, VESSELS, NAMELY, URINALS FOR MEDICAL PURPOSES, UROLOGICAL IMAGING SYSTEMS, VASCULAR ACCESS PORTS FOR MEDICAL USE, INVALID WALKERS, WHIRLPOOLS FOR USE IN HOSPITALS OR FOR THERAPEUTIC USE, WOUND DRAINAGE APPARATUS, WOUND SUCTION APPARATUS, X-RAY APPARATUS FOR MEDICAL USE, X-RAY DIAGNOSTIC APPARATUS, MOUNTS FOR X-RAY NEGATIVES FOR MEDICAL PURPOSES, X-RAY PHOTOGRAPHS FOR MEDICAL PURPOSES; ARTIFICIAL LIMBS, EYES; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC SUPPORT BANDAGES, CORSETS FOR THERAPEUTIC USE, MEDICAL SUPPORT OR COMPRESSION STOCKINGS, MEDICAL SUPPORT OR SURGICAL PANTYHOSE, FOOTWEAR, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHIBIOUS AIRPLANES; AMBULANCES; ANTI-DAZZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMOBILE BODIES; AUTOMOBILE CHASSIS; AUTOMOBILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MOTORCYCLES; SLEEPING BERTHS FOR VEHICLES;

BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BICYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEGMENTS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; BRAKES FOR VEHICLES; BUFFERS FOR RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHICLE GAS TANKS; CARAVANS; RAILWAY CARRIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GROCERY CARTS; MOTORIZED GOLF CARTS; CASINGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHICLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VEHICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VEHICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VEHICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; CRANKCASES FOR LAND VEHICLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES, CARS, CHAINS, FRTMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIVERY TRICYCLES; RAILWAY DINING CARS; DINING CARS; DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIVING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUNNELS FOR SHIPS; GEAR BOXES FOR LAND VEHICLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; GOLF CARTS; GOODS HANDLING CARTS; HAND CARTS; HANDLE BARS FOR BICYCLES AND MOTORCYCLES; SECURITY HARNESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR

FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LADLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILITARY VEHICLES, NAMELY, ARMORED PERSONNEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPELLED ARTILLERY; MINE CART WHEELS; REARVIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUDGUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CANOES; PARACHUTES; PEDALS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVERSING ALARMS FOR VEHICLES; RIMS FOR VEHICLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIRCRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MOTORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COVERS FOR VEHICLE SAFETY SEATS FOR CHILDREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK ABSORBERS FOR AUTOMOBILES; SHOCK ABSORBING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPTINKLING TRUCKS; STANDS FOR BICYCLES AND MOTORCYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTOMOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARATUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHICLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANSPORT APPARATUS AND INSTALLATIONS NAMELY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WINDOWS FOR VEHICLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: FIREARMS; AMMUNITION AND PROJECTILES, NAMELY, ARMOR PIERCING PROJECTILES AND GUIDED PROJECTILES; EXPLOSIVES; FIREWORKS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAMELY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS; HAT ORNAMENTS OF PRECIOUS METAL; SHOE ORNAMENTS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, CHRONOGRAPHS FOR USE AS WATCHES AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPECIALLY IN SCIENCE AND TECHNOLOGY; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUBBER, GUTTA PERCHA, GUM, ASBESTOS, MICA AND GOODS MADE FROM THESE MATERIALS, NAMELY, ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEMI-PROCESSED CELLULOSE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACOUSTICAL INSULATION BARRIER PANELS, ACOUSTICAL INSULATION FOR BUILDINGS, SEMI-

FINISHED ACOUSTICAL PANELS FOR BUILD-
INGS, ACRYLIC MOLDED PLASTIC SUBSTANCES
FOR USE IN THE VEHICLE OR MACHINE OR
ELECTROTECHNICAL INDUSTRY, ACRYLIC RE-
SIN SHEETING FOR USE IN THE MANUFACTURE
OF LAMINATED GLASS, ACRYLIC SHEETING
FOR USE IN THE MANUFACTURE OF VEHICLES,
ADHESIVE BANDS FOR SEALING CARTONS FOR
INDUSTRIAL OR COMMERCIAL USE, ADHESIVE
BANDS FOR SEALING PHARMACEUTICAL CON-
TAINERS, ADHESIVE PACKING TAPE FOR IN-
DUSTRIAL AND COMMERCIAL USE, ADHESIVE
SEALANT AND CAULKING COMPOUND, ADHE-
SIVE SEALANTS FOR GENERAL USE, CELLULOSE
ACETATE FILM USED IN THE MANUFACTURE
OF ADHESIVE TAPE, ADHESIVE TAPE FOR IN-
DUSTRIAL AND COMMERCIAL USE, ADHESIVE
TAPE FOR INDUSTRIAL OR COMMERCIAL PACK-
ING USE, ADHESIVE TAPE FOR SEALING CAR-
TONS FOR INDUSTRIAL OR COMMERCIAL USE,
RUBBER AND PLASTIC AIR CONDITIONER
HOSES, INSULATION FOR AIR CONDITIONERS,
AIR HOSES, COMPRESSED AIR PIPE FITTINGS,
NOT OF METAL, ASBESTOS FABRICS FOR USE AS
CABLE INSULATION, ASBESTOS FOR USE IN THE
MANUFACTURE OF BRAKE LININGS, ASBESTOS
PACKING FOR VALVES AND PISTONS, ASBESTOS
SAFETY SCREENS FOR FIREMEN, RUBBER BAGS
FOR MERCHANDISE PACKAGING, NAMELY EN-
VELOPES AND POUCHES, ADHESIVE BANDS FOR
SEALING CARTONS FOR INDUSTRIAL OR COM-
MERCIAL USE, ADHESIVE BANDS FOR SEALING
PHARMACEUTICAL CONTAINERS, PLASTIC
CONDUIT FOR USE WITH BEVERAGE DISPEN-
SING MACHINES, INSULATING BLANKETS FOR
HOT WATER HEATERS, RUBBER BOTTLE STOP-
PERS, SEMI-PROCESSED BRAKE LINING MATE-
RIAL, SEMI-PROCESSED VEHICLE BRAKE
LINING SHEET STOCK FOR FURTHER MANU-
FACTURE, ASBESTOS FOR USE IN THE MANU-
FACTURE OF BRAKE LININGS, PARTLY-
PROCESSED FRICTION MATERIALS FOR BRAKE
LININGS, SHOCK BUFFERS OF RUBBER FOR
INDUSTRIAL MACHINERY, BUILDING INSULA-
TION, RUBBER BUMPERS FOR LOADING DOCKS,
ASBESTOS FABRICS FOR USE AS CABLE INSULA-
TION, CANVAS HOSE PIPES FOR USE IN THE
VEHICLE OR MACHINE OR ELECTROTECHNI-
CAL INDUSTRY, CARPET SEAM TAPE, CAULK-
ING COMPOUNDS, CAULKING, CELLULOSE
ACETATE FILM USED AS AN INDUSTRIAL OR
COMMERCIAL PACKING MATERIAL, CELLU-
LOSE ACETATE FILM USED IN THE MANUFAC-
TURE OF PHOTOGRAPHIC OR MAGNETIC
SOUND RECORDINGS, CELLULOSE ACETATE
FILM USED IN THE MANUFACTURE OF PRES-
SURE SENSITIVE ADHESIVE TAPE, SEMIPROCES-
SED CELLULOSE ACETATE FOR USE IN THE
VEHICLE OR MACHINE OR ELECTROTECHNI-
CAL INDUSTRY, CERAMIC ENAMEL FIBER IN-
SULATION FOR INDUSTRIAL MOLTEN METAL
FURNACES, ELECTRICAL CERAMIC INSULA-
TORS, RUBBER CLACK VALVES FOR USE IN
THE VEHICLE OR MACHINE OR ELECTROTECH-
NICAL INDUSTRY, PARTLY-PROCESSED FRIC-
TION MATERIALS FOR CLUTCH FACINGS,
CLUTCH LININGS, COMPRESSED AIR PIPE FIT-
TINGS, NOT OF METAL, PLASTIC CONDUIT FOR
DRAINAGE AND IRRIGATION, PLASTIC CON-
DUIT FOR PLUMBING USE, PLASTIC CONDUIT
FOR USE WITH BEVERAGE DISPENSING MA-
CHINES, CONVEYING HOSES FOR USE IN THE
VEHICLE OR MACHINE OR ELECTROTECHNI-
CAL INDUSTRY, COTTON WOOL FOR SEALING
PURPOSES IN THE VEHICLE OR MACHINE OR
ELECTROTECHNICAL INDUSTRY, PLASTIC LA-
MINATED SHEETS AND PANELS FOR USE IN THE
MANUFACTURE OF COUNTERTOPS, NON-ME-
TAL PIPE COUPLINGS AND JOINTS, NON-METAL
COUPLINGS FOR FIRE HOSES, NON-METAL COU-
PLINGS FOR USE WITH HOSES, RUBBER AND
PLASTIC CUSHIONING IN THE NATURE OF
STUFFING FOR USE IN THE VEHICLE OR MA-
CHINE OR ELECTROTECHNICAL INDUSTRY,
SEALS, NAMELY, CYLINDER JOININGS, DOOR
STOPS OF RUBBER, PLASTIC CONDUIT FOR
DRAINAGE, PLASTIC SHEETING FOR USE AS
DROP CLOTHS, DRYWALL JOINT TAPE, DUCT
TAPE, ELECTRICAL CERAMIC INSULATORS,
GLASS FIBER ELECTRICAL INSULATING TAPE,
ELECTRICAL INSULATING TAPE, VULCANIZED
FIBER FOR USE IN THE MANUFACTURE OF
ELECTRICAL INSULATION, ELECTRICAL INSU-
LATORS, NAMELY, INSULATORS MADE OF
CERAMIC, PLASTIC AND RUBBER, ELECTRICAL
TAPE, EXPANSION JOINT FILLERS FOR PAVE-
MENT, FIBERGLASS FABRICS FOR BUILDING
INSULATION, ASBESTOS FABRICS FOR USE AS
CABLE INSULATION, INSULATING FELT FOR
USE IN THE VEHICLE OR MACHINE OR ELEC-
TROTECHNICAL INDUSTRY, VULCANIZED FI-
BER FOR USE IN THE MANUFACTURE OF
BUILDING INSULATION, VULCANIZED FIBER
FOR USE IN THE MANUFACTURE OF ELECTRI-
CAL INSULATION, CERAMIC ENAMEL FIBER
INSULATION FOR INDUSTRIAL MOLTEN METAL
FURNACES, FIBERGLASS FABRICS FOR BUILD-
ING INSULATION, RESIDENTIAL FIBERGLASS
INSULATION, FIBERGLASS INSULATION FOR
BUILDINGS, PLASTIC FIBERS FOR USE IN THE
MANUFACTURE OF TIRE CORD, POLYURE-
THANE FILM FOR USE IN GLASS LAMINATIONS,
TINTED, LAMINATED AND REFLECTIVE PLAS-
TIC FILM FOR USE IN HOME AND AUTO WIN-
DOWS, MASKING FILM FOR USE IN
PHOTOGRAPHY AND GRAPHIC ARTS, POLYUR-
ETHANE FILM FOR USE IN SEALING AND INSU-
LATING, MINERAL WOOL FOR USE IN THE
MANUFACTURE OF FILTER MEDIA, FIRE HOSES,
FOAM INSULATION FOR USE IN BUILDING AND
CONSTRUCTION, POLYURETHANE FOAM
SHEETING FOR USE AS BUILDING INSULATION,
METAL FOIL FOR BUILDING INSULATION,
PARTLY PROCESSED FRICTION MATERIALS
FOR CLUTCH FACINGS AND BRAKE LININGS,
NON-METAL FUEL OIL HOSES, INDUSTRIAL
MOLTEN METAL FURNACE INSULATION MADE
OF CERAMIC ENAMEL FIBER, GARDEN HOSES,
GASKET MATERIAL IN SHEETS FOR USE IN THE
VEHICLE OR MACHINE OR ELECTROTECHNI-
CAL INDUSTRY, LIQUID GASKET SEALER FOR
AUTOMOTIVE USE, GASKET SEALER FOR USE IN
PLUMBING, GRAPHITE PACKING FOR GASKETS,
PIPE GASKETS, NON-METAL GASKETS FOR USE

IN THE VEHICLE OR MACHINE OR ELECTRO-TECHNICAL INDUSTRY, GLASS FIBER ELECTRICAL INSULATING TAPE, GLASS FIBER FIREPROOF TEXTILES, GLASS FIBER INSULATION FOR HOT WATER HEATERS, GLASS FIBER INSULATION FOR USE IN CONSTRUCTION, GLASS FIBERS FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, GLASS WOOL FOR BUILDING INSULATION, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, AIR HOSES, LAWN HOSES, NON-METAL FUEL OIL HOSES, NON-METAL PETROLEUM HOSES, WATERING HOSES, RUBBER AND PLASTIC AGRICULTURAL HOSES, RUBBER AND PLASTIC HYDRAULIC HOSES, NON-METAL HOSES FOR AGRICULTURAL USE, RUBBER AND PLASTIC HOSES FOR AIR CONDITIONERS, NON-METAL HOSES FOR COMMERCIAL MARINE USE, PLASTIC HOSES FOR PLUMBING USE, HOSES FOR PNEUMATIC TOOLS, RUBBER AND PLASTIC HOSES FOR SWIMMING POOLS, NON-METAL HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER INSULATION FOR HOT WATER HEATERS, INSULATING BLANKETS FOR HOT WATER HEATERS, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING OIL FOR TRANSFORMERS, INSULATING PAINT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING PLASTER, INSULATING SLEEVES FOR WATER HEATERS AND MACHINERY, INSULATING SLEEVES FOR POWER LINES, ELECTRICAL INSULATING TAPE, GLASS FIBER ELECTRICAL INSULATING TAPE, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, MINERAL WOOL FOR USE AS BUILDING INSULATION, POLYURETHANE FILM FOR USE AS BUILDING INSULATION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, INSULATION COVERS FOR INDUSTRIAL MACHINERY, INSULATION FOR AIR CONDITIONERS, INSULATION FOR AIRCRAFT, INSULATION FOR UNDERGROUND PIPES AND TANKS, INSULATION JACKETS FOR INDUSTRIAL PIPES, INSULATORS FOR ELECTRIC MAINS, INSULATORS FOR ELECTRICAL CABLES, INSULATORS FOR RAILWAY TRACKS, JOINT PACKING FOR PLASTIC, RUBBER AND CERAMIC PIPE, JOINTING MATERIAL FOR MASONRY AND PAVEMENT, CYLINDER JOINTINGS, NAMELY, SEALS, NON-METAL PIPE COUPLINGS AND JOINTS, JUNCTIONS NOT OF METAL FOR RUBBER, PLASTIC AND CERAMIC PIPES, LATEX FOR USE IN THE MANUFACTURE OF FOAM RUBBER, RUBBER GLOVES, CONDOMS, AND FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PAVEMENT MARKING TAPE, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, MASKING TAPE, JOINTING MATERIAL FOR MASONRY, MICA FOR USE AS A FILLER IN PLASTICS, IN THE MANUFACTURE OF ELECTRONIC INSTRUMENTS, MOUNTING TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, NON-METAL PIPE MUFFS FOR USE WITH PLASTIC, RUBBER AND CERAMIC PIPE, MULCH MATS MADE OF RECYCLED RUBBER FOR PREVENTING WEED GROWTH, NON-SLIP, ADHESIVE-BACKED BATH TUB APPLIQUES, OIL ABSORBANT PADS AND PILLOWS FOR CONTAINING OIL SPILLS, INSULATING OIL FOR TRANSFORMERS, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, PLASTIC PACKING FOR SHIPPING CONTAINERS, ASBESTOS PACKING FOR VALVES AND PISTONS, PACKING PADDING OF PLASTIC FOR SHIPPING CONTAINERS, PACKING PADDING OF RUBBER FOR SHIPPING CONTAINERS, PLASTIC FILM FOR INDUSTRIAL AND COMMERCIAL PACKING USE, RUBBER AND PLASTIC PADDING FOR SHIPPING CONTAINERS, NON-METAL PETROLEUM HOSES, PHOTOGRAPHIC SPLICING TAPE, NON-METAL PIPE COLLARS, NON-METAL PIPE COUPLINGS AND JOINTS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL; PIPE GASKETS FOR PLASTIC, RUBBER AND CERAMIC PIPES, PIPE INSULATION FOR RUBBER, PLASTIC AND CERAMIC PIPES, PIPE JOINT COMPOUND, PIPE JOINT SEALANT, PIPE JOINT TAPE, PLASTIC PIPES FOR CONVEYING NATURAL GAS, PLASTIC PIPES FOR PLUMBING PURPOSES, PLASTIC PACKING FOR SHIPPING CONTAINERS, PLASTIC SHEETING FOR PREVENTING WEED GROWTH, PLASTIC TUBES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WATERTIGHT RINGS FOR PLUMBING PIPES, HOSES FOR PNEUMATIC TOOLS, POLYURETHANE FILM FOR USE AS A MOISTURE BARRIER, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING BUILDINGS, POLYURETHANE SPRAY FOAM FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATORS FOR RAILWAY TRACKS, REFLECTIVE TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, RESINS IN BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR GENERAL INDUSTRIAL USE, RESINS IN EXTRUDED FORM FOR GENERAL INDUSTRIAL USE, RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS, SYNTHETIC RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE AND PAPER, LATEX RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, AND PAPER, RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, PAPER, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, GENERAL PURPOSE SILICONE RUBBER SEALANT, RUBBER SEALANT FOR CAULKING AND ADHESIVE PURPOSES, RUBBER SHOCK ABSORBERS FOR INDUSTRIAL MACHINERY, RUBBER SLEEVES FOR PROTECTING PARTS OF MACHINERY, ASBESTOS SAFETY SCREENS FOR FIREMEN, GENERAL PURPOSE SILICONE RUB-

BER SEALANT, SEALANTS FOR BUILDINGS, SEALANTS FOR GENERAL USE, SEALANTS FOR PAVEMENT WEATHERSTRIPPING JOINTS, SEALANTS IN THE NATURE OF CAULK, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, CARPET SEAM TAPE, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, SHOCK ABSORBING RUBBER BUFFERS FOR INDUSTRIAL MACHINERY, SLAG WOOL FOR USE AS A BUILDING INSULATOR, SLEEVES OF RUBBER FOR PROTECTING PARTS OF MACHINERY, PLASTIC SOLDERING THREADS, SOUNDPROOFING MATERIALS FOR BUILDINGS, STRAPPING TAPE, STUFFING OF RUBBER, PLASTIC SWIMMING POOL HOSES, THREADS PLASTIC SOLDERING, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, VULCANIZED FIBER WASHERS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF RUBBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF VULCANIZED FIBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WEATHERSTRIPPING SEALANTS IN THE NATURE OF CAULK, GLASS WOOL FOR BUILDING INSULATION; EXTRUDED PLASTIC IN THE FORM OF BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR USE IN MANUFACTURING, PACKING, STOPPING AND INSULATION; NON-METAL FLEXIBLE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METALLIC BUILDING MATERIALS, NAMELY, NON-METALLIC RIGID PIPES FOR BUILDING, ASPHALT, PITCH AND BITUMEN; NON-METALLIC TRANSPORTABLE BUILDINGS, AND NON-METALLIC MONUMENTS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERCHSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, AND OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; HAIR OR CLEANING BRU-

SHES, NON-ELECTRIC PORTABLE COLD BOXES, FITTED PICNIC BASKETS INCLUDING DISHES; FITTED VANITY CASES, TOILET SPONGES, CHAMOIS LEATHER FOR CLEANING; COMBS; BEVERAGE GLASSWARE; PORCELAIN EGGS, DOLLS, ORNAMENTS, SCULPTURES, STATUES, STATUETTES; JARS FOR JAMS AND JELLIES; HANDLES; DOORKNOBS; FIGURES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; BUSTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; EARTHENWARE BASINS, BUSTS, DOORKNOBS, FIGURES, FIGURINES; JARS FOR JAMS AND JELLIES; MUGS; SCULPTURES, STATUES, AND STATUETTES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CAMOUFLAGE NETS FOR VISUAL AND RADAR USES; COMMERCIAL FISHING NETS; COMMERCIAL NETS; FABRIC AND POLYESTER MESH NETS FOR STORING TOYS AND OTHER HOUSEHOLD ITEMS; CANVAS TARPAULINS, TENTS, TARPAULIN COVERS FOR LAND VEHICLES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: YARNS AND THREADS, FOR TEXTILE USE, IN CLASS 23 (U.S. CL. 43).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED BLANKETS, TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING OF ALL KINDS, NAMELY, PARKAS, ANORAKS, APRONS, ASCOTS, ATHLETIC UNIFORMS, BABUSHKAS, BABY BUNTING, BALLOON PANTS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHING TRUNKS, BATHROBES, BEACH COVERUPS, BEACHWEAR, BED JACKETS, GARTER BELTS, MONEY BELTS, BELTS, BERMUDA SHORTS, CLOTH BIBS, SKI BIBS, BIKINIS, BLAZERS, BLOOMERS, BLOUSES, BLOUSONS, BOAS, BODY SHAPERS, BODY SUITS, BOLEROS, BOTTOMS, BOW TIES, BOXER SHORTS, BRAS, BRASSIERES, BREECHES, BRIEFS, BUSTIERS, CAFTANS, CAMISOLES, CAPES, CARDIGANS, CASSOCKS, CHAPS, CHASUBLES, CHEMISES, CHEMISETTES, CLOTH DIAPERS, FUR COATS, LAB COATS, LEATHER COATS, OVER COATS, RAIN COATS, SPORT COATS, SUIT COATS, TOP COATS, COLLARS, COMBINATIONS, COMPETITORS NUMBERS NOT OF TEXTILE, CORSELETS, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, COVERALLS, COVERUPS, CRAVATS, CREEPERS, CUFFS, CULOTTES, CUMMERBUNDS, DICKIES, DRESS SHIELDS, DRESSES, DRESSING GOWNS, DRY SUITS, DUNGAREES, DUSTERS, ESPADRILLES, EVENING GOWNS, FISHING VESTS, FISHING WADERS, FLIGHT SUITS, FOUL WEATHER GEAR, FOUNDATION GARMENTS, FROCKS, FUR CLOAKS, FUR JACKETS, FUR STOLES, GABERDINES, GAITERS, GAUCHOS, SKI GLOVES, GLOVES, GOLF

SHIRTS, NIGHT GOWNS, WEDDING GOWNS, GOWNS, GREATCOATS, GYM SHORTS, GYM SUITS, HALTER TOPS, HOODS, HOSIERY, HOUSE-COATS, INFANT DIAPER COVERS, INFANTWEAR, LEATHER JACKETS, WIND RESISTANT JACKETS, JACKETS, JEANS, JERKINS, JERSEYS, JODHPURS, JOGGING SUITS, JUMPERS, JUMPSUITS, KER-CHIEFS, KILTS, KIMONOS, KNEE HIGHS, KNICK-ERS, KNIT SHIRTS, LAYETTES, LEG WARMERS, LEGGINGS, LEOTARDS, LIGHT-REFLECTING COATS, LIGHT-REFLECTING JACKETS, LINGER-IE, LOUNGEWEAR, MAILLOTS, MANTILLAS, MANTLES, MINISKIRTS, MITTENS, MUFFLERS, MUFFS, MUU MUUS, NECKERCHIEFS, NECK-WEAR, NEGLIGEES, NIGHT SHIRTS, NURSES AP-PAREL, NAMELY, DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, OVER-ALLS, SHOULDER PADS FOR CLOTHING, PAJA-MAS, PANTALOONS, PANTIES, SKI PANTS, SNOW PANTS, SWEAT PANTS, TAP PANTS, PANTS, PANT-SUITS, PANTYHOSE, PARAMENTS, PAREU, PAR-KAS, PEDAL PUSHERS, PEIGNOIRS, PELERINES, PELISSES, PETTICOATS, PINAFORES, PLAY SUITS, PLUS FOURS, POCKET SQUARES, POLO SHIRTS, PONCHOS, PULLOVERS, QUILTED VESTS, RAIN SUITS, RAINWEAR, ROBES, ROMPERS, SARIS, SARONGS, SASHES, SHAWLS, SHIFTS, SPORT SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, SHIRTS, SHORT SETS, SHORTALLS, SWEAT SHORTS, SHORTS, SINGLETS, SKI MASKS, SKI SUITS, SKI WEAR, SKIRTS, SKORTS, SLACKS, SLEEP MASKS, SLEEPWEAR, SLIPS, SMOCKS, SNOW SUITS, SNOWBOARD GLOVES, STOCKINGS, STOLES, SWEAT SUITS, VESTED SUITS, WARM-UP SUITS, WET SUITS, SUITS, SUNSUITS, SUSPENDERS, SWADDLING CLOTHES, TURTLENECK SWEA-TERS, V-NECK SWEATERS, SWEATERS, SWIM TRUNKS, SWIM WEAR, SWIMSUITS, T-SHIRTS, TAILLEURS, TANGAS, TANK TOPS, TEDDIES, TENNIS WEAR, THERMAL UNDERWEAR, TIES, TIGHTT, TOGAS, TOPS, TOQUES, TIGHTS, TROU-SERS, TUNICS, TURBANS, TURTLENECKS, TUX-EDOS, UNDERCLOTHES, UNDERGARMENTS, UNDERPANTS, UNDERSHIRTS, UNDERWEAR, UNIFORMS, UNITARDT, VEILS, VESTS, WAIST-COATS, WINDSHIRTS, WRAPS, ZOOT SUITS; FOOTWEAR OF ALL KINDS NAMELY, AFTER SKI BOOTS, SKI BOOT BAGS, SOCKS, ANKLETS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, BOOT-IES, SKI BOOTS, BOOTS, TOE BOXES, CLEATS FOR ATTACHMENT TO SPORTS SHOES, CLOGS, GA-LOSHES, GOLF SHOES, HEEL INSERTS, HEELS, INNER SOLES, HEEL INSERTS, INSOLES, MOCCA-SINS, MUKLUKS, OVERSHOES, RUBBERS, SAN-DALS, SHOES, SLIPPERS, SNEAKERS, THERMAL SOCKS, SOCKS, SNOWBOARD BOOTS, SWEAT-SOCKS, THERMAL SOCKS, THONGS, WATER SOCKS, ZORI; HEADGEAR FOR WEAR OF ALL KINDS NAMELY, BANDANAS, BANDEAUX, HEAD BANDS, BASEBALL CAPS, BATHING CAPS, BERETS, BONNETS, SHOWER CAPS, CAPS, EAR MUFFS, HATS, SUN VISORS, VISORS NECKTIES, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE, NAMELY, BOBBIN OR TRIMMING; EMBROIDERY, RIBBONS AND BRAIDS; BUTTONS, NAMELY, ORNAMENTAL, NOVELTY, PRESS, RIV-

ET, SHIRT, CLOTHING, CAMPAIGN; HOOKS AND EYE FASTENERS; PINS FOR HAIR, CURLING, WAVING PINS FOR HAIR, FOR SECURING HATS, ORNAMENTAL NOVELTY, SAFETY; NEEDLES FOR SEWING; ARTIFICIAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, DOOR MATS, AND CARPETS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARA-TUS; GYMNASTIC HORIZONTAL BARS; GYMNAS-TIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLAT-FORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUG-BY BALLS, SOCCER BALLS, SPORT BALLS, BASE-BALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EX-ERCISE TREADMILLS, EXERCISE TABLES, EXER-CISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIP-MENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MA-CHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MA-CHINES, WEIGHT LIFTING MACHINES, EXERCIS-ING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EX-ERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FEN-CING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHIL-DREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, AR-CADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING BOARD

GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEARFISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FTOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, NAMELY MEAT, FISH, FRUIT AND VEGETABLE JELLIES; JAMS; EGGS; MILK AND MILK PRODUCTS, NAMELY, BUTTER, CHEESE, CREAM, YOGURT, POWDERED MILK FOR ALIMENTARY PURPOSES; EDIBLE OILS AND FATS; MEAT, FISH, AND VEGETABLES PRESERVES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; CEREALS, NAMELY, BREAKFAST CEREALS AND PROCESSED CEREALS; BREAD; PASTRIES; CONFECTIONERY, OF ALL KINDS; SWEETS; FLAVORED ICES; TREACLE; YEAST; BAKING POWDER; SALT FOR CONSUMPTION; MUSTARD; VINEGAR; SEASONING SAUCES; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: AGRICULTURAL, HORTICULTURAL AND FORESTRY PRODUCTS AND GRAINS, NAMELY, UNPROCESSED GRAINS FOR EATING, AGRICULTURAL GRAINS FOR PROCESSING, LIVING ANIMALS, FRESH FRUITS AND VEGETABLES, SEEDS, NAMELY, AGRICULTURAL, PLAN, WHEAT; NATURAL PLANTS, DRIED AND LIVING; FLOWERS CUT, LIVE AND DRIED; FOODS STUFFS FOR ANIMALS; MALT FOR BREWING AND DISTILLING, IN CLASS 31 (U.S. CLS. 1 AND 46).

FOR: MINERAL WATER; AERATED WATERS; SYRUPS; CONCENTRATES OR POWDERS FOR MAKING FRUIT DRINKS; NONALCOHOLIC BEVERAGES, NAMELY NONALCOHOLIC MALT BEVERAGE BEER SUBSTITUTE CONTAINING LESS THAN .005% ALCOHOL; FRUIT DRINKS; FRUIT JUICES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, NAMELY, BEER, WINE, LIQUORS, DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: SMOKER'S ARTICLES, NAMELY, ASHTRAYS NOT OF PRECIOUS METAL, LIGHTERS NOT OF PRECIOUS METAL, TOBACCO POUCHES, TOBACCO JARS NOT OF PRECIOUS METAL, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFORMATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION; REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICE, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; CAR RENTAL; TAXI TRANSPORT; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: RESTAURANTS; CAFES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTELS; MOTELS; COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF FED REP GERMANY REG. NO. 39800184, DATED 7-1-1998, EXPIRES 1-31-2008.

OWNER OF U.S. REG. NOS. 617,131, 1,378,042 AND OTHERS.

SER. NO. 75-598,237, FILED 12-2-1998.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cls.: 4, 7, 9, 12, 28, 35, 36, 37, 41 and 42

Prior U.S. Cls.: 1, 6, 13, 15, 19, 21, 22, 23, 26, 31, 34,
35, 36, 38, 44, 50, 100, 101, 102, 103, 106 and 107

Reg. No. 2,932,356

## United States Patent and Trademark Office

Registered Mar. 15, 2005

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED
REP GERMANY CORPORATION)
BRIEFFACH 1770
D-38436 WOLFSBURG, FED REP GERMANY

FOR: INDUSTRIAL GREASE IN THE NATURE
OF AUTOMOTIVE AND GENERAL PURPOSE
GREASE; OIL IN THE NATURE OF CRUDE, LAMP,
AND MOTOR OIL; LUBRICANTS, NAMELY, ALL
PURPOSE LUBRICANTS AND LUBRICANTS FOR
USE IN THE, AUTOMOTIVE, AIRPLANE AND
SHIPBUILDING INDUSTRIES; FUEL, NAMELY,
DIESEL FUEL, FUEL GAS, AND GASOLINE, IN
CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: MACHINES, NAMELY, DRILL PRESSES,
MACHINING CENTERS, CUTTING MACHINES,
SPRAY GUNS FOR PAINTING, DEGREASERS
FOR USE IN THE FIELD OF AUTOMOBILE DIS-
MANTLING; MACHINE TOOLS, NAMELY, ELEC-
TRIC HAND HELD DRILLS, DERRICKS, CRANES;
MOTORS, OTHER THAN FOR LAND VEHICLES,
NAMELY, MOTORS FOR AIRPLANES AND BOATS;
ELECTRIC MOTORS FOR MACHINES AND PARTS
THEREFOR; MOTOR PARTS FOR MOTORS OF
ALL KINDS OTHER THAN FOR LAND VEHICLES,
NAMELY, MOTOR STARTERS, MACHINE CYLIN-
DERS, MACHINE CYLINDER HEADS, MACHINE
PUMPS, CAMSHAFTS, PISTONS FOR INTERNAL
COMBUSTION ENGINES, MACHINE FLY
WHEELS, ENGINE BEARINGS, POWER VALVES

FOR CARBURETORS, INTAKE AND EXHAUST
VALVES FOR INTERNAL COMBUSTION ENGINES,
EXHAUSTS MANIFOLDS FOR ENGINES, INJEC-
TORS FOR ENGINES, CARBURETORS FOR EN-
GINES FILTERS FOR MOTORS AND ENGINES
FOR CLEANING AND COOLING AIR, GLOW
PLUGS FOR DIESEL ENGINES, AUTOMOTIVE EN-
GINE BLOCKS, AUTOMOTIVE INTAKE AND EX-
HAUST MANIFOLDS, CAMSHAFTS, CYLINDERS
FOR INTERNAL COMBUSTION ENGINES; MA-
CHINE COUPLING AND TRANSMISSION COMPO-
NENTS, NAMELY, CLUTCHES OTHER THAN FOR
LAND VEHICLES SHAFT COUPLINGS NOT FOR
LAND VEHICLES; JACKS, NAMELY, HYDRAULIC
JACKS; AGRICULTURAL IMPLEMENTS OTHER
THAN HAND-OPERATED, NAMELY, MECHAN-
IZED LIVESTOCK FEEDERS, POWER OPERATED
AGRICULTURAL IMPLEMENTS FOR ATTACH-
MENTS TO TRACTORS AND HARVESTERS,
NAMELY, HARROWS, PLOWS, HAY RAKES, HAY
BALERS BROADCAST SEEDERS, MANURE
SPREADERS, REAPERS, MOWERS, FERTILIZER
DISTRIBUTORS AND APPLICATORS, CORN HUS-
KERS, ROLLERS; LAWN MOWERS; INCUBATORS
FOR EGGS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34
AND 35).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING,
ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPH-
IC, OPTICAL, WEIGHING, MEASURING, SIGNAL-
ING, CHECKING, LIFE-SAVING AND TEACHING

APPARATUS AND INSTRUMENTS, NAMELY, LIFE NETS, LIFE BELTS, MARKER BUOYS, SAFETY MARKERS, CONTACT LENSES, SPECTACLES, SPECTACLE CASES, BINOCULARS, MAGNIFYING GLASSES, SUNGLASSES, AUTOMATIC CONTROL MECHANISMS FOR THE STEERING AND CONTROL OF VEHICLES AND ENGINES, SIMULATORS FOR THE STEERING AND CONTROL OF VEHICLES, IN THE NATURE OF, AIRPLANE FLIGHT SIMULATORS; AUTOMOBILE DRIVING SIMULATORS; VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, CIGAR LIGHTERS FOR AUTOMOBILES, ALARMS, NAMELY, BURGLAR ALARMS, FIRE ALARMS, ELECTRIC ACCUMULATORS AND BATTERIES, CHARGERS FOR BATTERIES, ELECTRIC THEFT PREVENTION APPARATUS, NAMELY, ANTI-THEFT ALARMS, SPEEDOMETERS, VEHICLE BREAKDOWN WARNING LAMPS, GRADUATED RULERS, MEASURING APPARATUS AND MEASURING INSTRUMENTS IN THE NATURE OF GAS SENSORS FOR MEASURING GAS CONCENTRATION, LASERS FOR MEASURING PURPOSES, BEVELS, MEASURING CUPS, MEASURING SPOONS, POCKET CALIPERS FOR MEASURING, RADIATION-MEASURING INSTRUMENTS, REVOLUTION COUNTERS AND TACHOMETERS; LIFE SAVING APPARATUS AND EQUIPMENT, NAMELY LIFESAVING RAFTS, FIRE ESCAPE LADDERS, SAFETY NETS USED FOR LIFE SAVING, SAFETY TARPAULINS USED FOR LIFE SAVING, LIFE BUOYS, LIFE JACKETS, ACID HYDROMETERS, FUSES, NAMELY, ELECTRICAL FUSES, ELECTRIC RELAYS, LASERS, NOT FOR MEDICAL PURPOSES, NAMELY, LASER POINTERS, REMOTE CONTROLS USED FOR, THE REMOTE OPERATION OF A MOTOR VEHICLE, SOLAR BATTERIES, COMPASSES, NAMELY DIRECTIONAL COMPASSES, NAVIGATIONAL INSTRUMENTS, NAMELY, SEXTANTS, COMPASSES, NAVIGATIONAL BUOYS, SPIRIT LEVELS, BALANCING APPARATUS, NAMELY, SCALES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, ANTENNAS, RADIOS, TELEVISION APPARATUS, NAMELY, TELEVISION SETS, TELEVISION ANTENNAS, TELEPHONE APPARATUS, NAMELY, VIDEO TELEPHONES, PROJECTION APPARATUS, NAMELY, PHOTOGRAPHIC PROJECTORS, SLIDE PROJECTORS, CAMERAS, NAMELY, MOTION PICTURE CAMERAS, PHOTOGRAPHIC CAMERAS, PHOTOCOPYING MACHINES, ELECTRONIC TRANSLATION APPARATUS, NAMELY, COMPUTER PROGRAMS FOR USE IN THE TRANSLATION OF HUMAN LANGUAGES, POCKET TRANSLATORS, NAMELY, HAND HELD COMPUTERS INCORPORATING PROGRAMS FOR USE IN THE TRANSLATION OF HUMAN LANGUAGES; EXPOSED ELECTRONIC FILMS, NAMELY, COMPUTER SOFTWARE FOR USE AS FILM, IN THE CAPTURING AND DISPLAYING OF IMAGES; BLANK MAGNETIC DATA CARRIERS, RECORDING DISCS, NAMELY, MAGNETIC CODED CARDS, BLANK SMART CARDS, MAGNETIC ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING, NAMELY, MAGNETIC CODED CARDS FOR USE IN THE FIELD OF BUILDING SECURITY SYSTEMS, AND MAGNETICALLY ENCODED PRE-PAID TELEPHONE CALLING CARDS; AUTOMATIC VENDING MACHINES; AUTOMATIC BANKING MACHINES; CASH REGISTERS; CALCULATORS; DATA PROCESSING APPARATUS, NAMELY, COMPUTERS, COMPUTER PROGRAMS, FOR USE IN DATA BASE MANAGEMENT, AND AS A SPREAD SHEET, COMPUTERS, ELECTRONIC CALENDARS AND ORGANIZERS, NAMELY, HANDHELD PERSONAL ELECTRONIC DEVICES FOR SCHEDULING APPOINTMENTS, FACSIMILE MACHINES, MONITORS, NAMELY, COMPUTER MONITORS, VIDEO MONITORS, COMPUTER PERIPHERALS, POCKET CALCULATORS; FIRE EXTINGUISHERS, RECORDED COMPUTER PROGRAMS AND SOFTWARE, NAMELY, FOR WORD PROCESSING AND DATA COLLECTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ANTI-THEFT ALARMS FOR VEHICLES; AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS, COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: KALEIDOSCOPES; AUTOMATIC AMUSEMENT GAME MACHINES; GAMES AND PLAYTHINGS, NAMELY, TOY SCALE MODEL VEHICLES; GYMNASTIC APPARATUS; GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLATFORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUGBY BALLS, SOCCER BALLS, SPORT BALLS, BASEBALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS

FOR RUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES, NAMELY, BOARD GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES, NAMELY, RING GAMES AND TARGET GAMES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, BOXING GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEARFISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TAR-

GETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING, NAMELY, PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION, NAMELY, OPERATION OF MOTOR VEHICLE DEALERSHIPS FOR OTHERS; OFFICE WORK, NAMELY, PERSONNEL RECRUITMENT, PERSONNEL MANAGEMENT CONSULTATION, BUSINESS MANAGEMENT CONSULTATION, PUBLIC RELATIONS, ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES IN THE MOTOR VEHICLE INDUSTRY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE; LEASING AND RENTAL OF ACCOMMODATION BUREAUS IN THE NATURE OF APARTMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: CONSTRUCTION, REPAIR, DISMANTLING AND MAINTENANCE OF VEHICLES IN THE NATURE OF VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE, CLEANING, SERVICING, NAMELY, REPAIRING, POLISHING, AND VARNISHING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, MOTOR VEHICLE DESIGN TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, MOTOR VEHICLE DESIGN TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; ORGANIZING SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING,

ARTWORK, NATURE, ENVIRONMENT PURPO-
SES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: LEGAL SERVICES; SCIENTIFIC RE-
SEARCH; INDUSTRIAL RESEARCH, NAMELY,
SURVEYING, ENGINEERING, IN THE FIELD OF
OIL FIELD EXPLORATION; COMPUTER PRO-
GRAMMING FOR OTHERS; CONSULTATION IN
THE FIELD OF COMPUTER HARDWARE; TECH-
NICAL PROJECT STUDIES, NAMELY, COMPUTER
PROJECT MANAGEMENT SERVICES; MECHANI-
CAL RESEARCH; TECHNICAL RESEARCH, NAME-
LY, SURVEYING, ENGINEERING, IN THE FIELD
OF OIL FIELD EXPLORATION, IN CLASS 42 (U.S.
CLS. 100 AND 101).

OWNER OF FED REP GERMANY REG. NO.
30227192, DATED 8-8-2002, EXPIRES 6-30-2012.

OWNER OF U.S. REG. NOS. 653,695, 2,501,202 AND
OTHERS.

THE COLORS SILVER, METALLIC BLUE, BLACK
AND WHITE ARE CLAIMED AS FEATURES OF
THE MARK.

THE MARK CONSISTS OF THE FOLLOWING
COLORS: AN OUTER THIN CIRCLE FEATURING
COLOR WHITE AT THE UPPER LEFT AND SILVER
INCREASING IN DARKNESS TOWARD THE LOW-
ER RIGHT; AN INNER CIRCLE WITHIN WHICH IS
THE LETTER "V" OVER THE LETTER "W" AND
FEATURING THE COLOR WHITE AT THE UPPER
LEFT AND SILVER INCREASING IN DARKNESS
TOWARD THE LOWER RIGHT; THE AREA WITH-
IN BOTH THE OUTER AND INNER CIRCLES
FEATURES THE COLOR METALLIC BLUE IN-
CREASING IN DARKNESS TOWARD THE LOWER
RIGHT.

SER. NO. 76-487,632, FILED 2-5-2003.

DANIELLE MATTESSICH, EXAMINING ATTOR-
NEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

## United States Patent and Trademark Office

Reg. No. 2,930,238
Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
BRIEFFACH 1770
D-38436 WOLFSBURG, FED REP GERMANY

FOR: LIGHTING, HEATING, STEAM GENERAT-ING, COOKING, REFRIGERATING, DRYING, VENTILATING, WATER SUPPLY AND SANITA-TION APPARATUS, NAMELY, POCKET FLASH-LIGHTS; GAS IGNITERS FOR GAS OVENS; DEFROSTERS FOR VEHICLES; HEATERS FOR DEFROSTING WINDOWS OF VEHICLES; VEHICLE HEADLIGHTS; ELECTRIC COFFEE POTS; ELEC-

TRIC COFFEE PERCOLATORS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

OWNER OF FED REP GERMANY REG. NO. 39800184, DATED 7-1-1998, EXPIRES 1-31-2008.

OWNER OF U.S. REG. NOS. 2,100,963, 2,679,433 AND OTHERS.

SER. NO. 76-545,763, FILED 9-17-2003.

KIM SAITO, EXAMINING ATTORNEY

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107

Reg. No. 2,987,620

## United States Patent and Trademark Office

Registered Aug. 23, 2005

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
D-38436 WOLFSBURG
FED REP GERMANY

FOR: CHEMICALS USED IN INDUSTRY, SCIENCE, PHOTOGRAPHY, HORTICULTURE AND FORESTRY, NAMELY, CATALYSTS; CHLORINE, MINERAL FILTERING MATERIALS, UNPROCESSED CELLULOSE; CHEMICALS FOR USE IN THE MANUFACTURE OF LACQUERS, ANTI-RUST PREPARATIONS, PAINTS, ADHESIVES, COSMETICS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; MANURES; FIRE EXTINGUISHING COMPOSITIONS; TEMPERING CHEMICALS FOR USE IN METAL-WORKING OR SOLDERING; SOLDERING CHEMICALS; SOLDERING FLUX; CHEMICAL PRESERVATIVES FOR FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; ADHESIVES FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINT USED ON WOOD, METAL, CONCRETE, CERAMICS, AND PLASTIC; PAINT USED IN THE AUTOMOTIVE FIELD; VARNISHES; LACQUERS IN THE NATURE OF A COATING; ANTI-RUST PREPARATIONS FOR PRESERVATION, NAMELY, AN UNDERCOATING FOR VEHICLE CHASSIS; THINNERS FOR LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: FURBISHING PREPARATIONS, NAMELY, POLISH FOR VEHICLES OR MACHINES OR ELECTROTECHNICAL ARTICLES; DEGREASING PREPARATIONS FOR USE ON METAL, WOOD, CERAMICS, PLASTICS, CONCRETE; GRINDING

PREPARATIONS, NAMELY, GRINDING PASTE; RUST REMOVING PREPARATIONS; ABRASIVE PAPER FOR POLISHING AND SANDING; PERFUME; PERFUME OILS; ETHEREAL OILS; COSMETICS, NAMELY, DISPOSABLE WIPES IMPREGNATED WITH COSMETIC LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AUTOMOBILES, AIRCRAFT ENGINES AND INDUSTRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: PLASTERS FOR MEDICAL PURPOSES; MEDICAL DRESSINGS, NAMELY, BURN, WOUND, SURGICAL DRESSINGS; FIRST AID KITS; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF DIABETES, ANGINA, SHOCK, PAIN, INSOMNIA SOLD IN PORTABLE FILLED MEDICINE CASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS, METAL TOOL BOXES AND PORTABLE METAL TOOL CHESTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MACHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES; POWER TRANSMISSION BELTS FOR MACHINES; BELTS FOR TRANSMISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HYDRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS AND IMPLEMENTS, NAMELY, SCRAPING TOOLS AND HAND SPANNERS; CUTLERY OF NON-PRECIOUS METAL, NAMBLY, FORK, SPOONS; HAND OPERATED LIFTING JACKS; FORKS; SPOONS; MANICURE SETS; KNIVES, NAMELY, KNIVES FOR HUNTING, FOLDING, CHEF, KITCHEN, BUTCHER, PARING, FISHING, SPORT, STERLING SILVER TABLE OF NON-PRECIOUS METAL; RAZORS; RAZOR CASES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING AND SUPERVISION, LIFESAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, OPTICS, EYEGLASS CASES, BINOCULARS, SUNGLASSES, VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, ELECTRIC CIGARETTE LIGHTERS FOR

AUTOMOBILES, ALARMS FOR ANTI-INTRUSION, BURGLAR, FIRE, PERSONAL SAFETY, THEFT, ELECTRICAL ACCUMULATORS, SPEEDOMETERS, LIFE JACKETS, ACID HYDROMETERS, ELECTRIC FUSES, FUSES FOR AUTOMOBILES, ELECTRIC RELAYS, SOLAR BATTERIES, NAVIGATIONAL INSTRUMENTS FOR USE IN AUTOMOBILES, BOATS, AIRPLANES AND FOR HIKING; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIOS, TELEVISION SETS, AUDIO AND VIDEO TAPE RECORDERS, CD AND DVD PLAYERS, RADIO AERIALS, RADIOS, BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; MAGNETICALLY ENCODED CREDIT, DEBIT AND PREPAID TELEPHONE CALLING CARDS; ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING USED TO ACCESS AUTOMATIC TELLER MACHINES IN THE BANKING FIELD OF USE AND USED TO PURCHASE FARES ON BUSSES, TRAINS AND FERRIES IN THE PUBLIC TRANSPORTATION FIELD OF USE; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, FOR USE IN THE FIELD OF VEHICLE SALES, LEASING, RENTING, AND VEHICLE REPAIR SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ABDOMINAL BELTS, ABDOMINAL CORSETS, ABDOMINAL PADS, ELECTRIC AND NON-ELECTRIC ACUPUNCTURE INSTRUMENTS, ACUPUNCTURE NEEDLES, AEROSOL DISPENSERS FOR MEDICAL USE, AIR MATTRESSES FOR MEDICAL PURPOSES, AIR PILLOWS FOR MEDICAL PURPOSES, ANESTHETIC DELIVERY APPARATUS, ANESTHETIC MASKS, APPLIANCES FOR WASHING BODY CAVITIES, ARCH SUPPORTS FOR BOOTS OR SHOES, DENTAL ARTICULATORS, ARTIFICIAL LIMBS, APPARATUS FOR ARTIFICIAL RESPIRATION, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, ARTIFICIAL TEETH, AUTOCLAVES FOR MEDICAL USE, BABY BOTTLE NIPPLES, BABY BOTTLES, BABY NURSERS, PAPER BAGS AND ENVELOPES FOR STERILIZING MEDICAL INSTRUMENTS, COMPRESSION BANDAGES, ELASTIC BANDAGES, ORTHOPEDIC SUPPORT BANDAGES, BANDAGES FOR ANATOMICAL JOINTS, BED PANS, BED VIBRATORS, ORTHOPEDIC BELTS, BELTS FOR ATTACHING MEDICAL MONITORS TO PATIENTS, BONE AND SKIN BIOLOGICAL TISSUE INTENDED FOR SUBSEQUENT IMPLANTATION, BIRTHING CHAIRS, DENTAL BITE TRAYS, SURGICAL BLADES, ELECTRIC BLANKETS FOR MEDICAL PURPOSES, BLOOD DRAWING APPARATUS, BLOOD FILTERS, BLOOD PRESSURE MEASURING APPARATUS, BONE IMPLANTS, BONE SCREWS, BABY BOTTLES, FEEDING BOTTLES, INTRAVENOUS FEEDING BOTTLES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, SURGICAL BOUGIES, ORTHOPEDIC BRACES, BRACES FOR LIMBS AND JOINTS, FOR MEDICAL USE, BRACES FOR TEETH, BREAST PADS, BREAST PROSTHESES, BREAST PUMPS, BREAST SHIELDS, ARTIFI-

CIAL BREASTS, DENTAL BRIDGES, BRUSHES FOR CLEANING BODY CAVITIES, DENTAL BURRS, CARDIOPULMONARY RESUSCITATION MASKS, CANES FOR MEDICAL PURPOSES, CANNULAC, SURGICAL CAPS, CARDIAC ELECTRODES, CARDIAC PROBES, CASES FITTED FOR MEDICAL INSTRUMENTS AND FOR USE BY DOCTORS, CASTRATING PINCERS, CATGUT FOR SURGICAL USE, CATHETERS, CERVICAL PILLOWS FOR MEDICAL USE, DENTAL EXAMINATION CHAIRS, MEDICAL PATIENT OR TREATMENT CHAIRS, SURGICAL CLIPS, CHEMICALLY ACTIVATED HOT AND/OR COLD COMPRESSES, NON-MEDICATED COMPRESSES; SURGICAL COMPRESSES, THERMO-ELECTRIC COMPRESSES, SURGICAL COMPRESSORS, CONDOMS, CONTAINERS FOR MEDICAL WASTE, DIAPHRAGMS FOR CONTRACEPTION, CORSETS FOR THERAPEUTIC USE, DENTAL CROWNS, CRUTCHES AND TIPS THEREFOR, CUPS FOR DISPENSING MEDICINE, HEATING CUSHIONS FOR MEDICAL PURPOSES, SURGICAL CUTLERY, DEFIBRILLATORS, DENTAL CAPS, DENTAL EXAMINATION CHAIRS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL INLAYS, DENTAL INSTRUMENTS, NAMELY, PICKS, BURRS, MIRRORS, DENTAL ONLAYS, DENTURES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, DIAPHRAGMS FOR CONTRACEPTION, AEROSOL DISPENSERS FOR MEDICAL USE, DISPOSABLE MEDICAL STERILIZATION POUCHES, DRAINAGE TUBES FOR MEDICAL PURPOSES, SURGICAL DRAPES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, EYE DROPPERS, DROPPERS FOR ADMINISTERING MEDICATION, SOLD EMPTY, EAR PLUGS FOR MEDICAL ELECTROCARDIOGRAPHS, CARDIAC ELECTRODES, MEDICAL ELECTRODES, ELECTRONIC STIMULATOR FOR NERVES, SKIN, AND MUSCLES, ENDOBRACHIAL TUBES, ENDOTRACHEAL TUBES, ENEMA APPARATUS, EXERCISE MACHINES FOR THERAPEUTIC PURPOSES, EYE-PATCHES FOR MEDICAL USE, ORTHOPEDIC FOOTWEAR, FORCEPS FOR MEDICAL USE, GASTROSCOPES, SURGICAL GLOVES, GLOVES FOR MASSAGE, GLOVES FOR MEDICAL USE, MEDICAL EXAMINATION GOWNS, SURGICAL GOWNS, MEDICAL GUIDEWIRES, GUM MASSAGING INSTRUMENTS, HEARING AIDS, HEART PACEMAKERS, HEAT LAMPS FOR MEDICAL USE, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING CUSHIONS FOR MEDICAL PURPOSES, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING PADS FOR MEDICAL PURPOSES, HEMODIALYSIS APPARATUS, HOSPITAL BEDS FOR USE BY BURN PATIENTS, HOSPITAL GURNEYS, HYPODERMIC NEEDLES, HYPODERMIC SYRINGES, MEDICAL ICE PACKS, OCULAR IMPLANTS, ORTHOPEDIC JOINT IMPLANTS, INCONTINENCE BED PADS, INCONTINENCE SHEETS, INCUBATORS FOR BABIES, INFUSION SETS, INHALERS FOR THERAPEUTIC USE, SOLD EMPTY, INTRAOCULAR LENSES, INTRAVENOUS FEEDING TUBES, INVALID HOISTS, INVALID LIFTS, ARTIFICIAL JAWS, KNIVES FOR SURGICAL PURPOSES, MEDICAL EXAMINATION LAMPS, SURGICAL LAMPS, QUARTZ LAMPS FOR MEDICAL PURPO-

SES, LANCETS, LARYNGOSCOPES; LASER POINTERS FOR MEDICAL USE, LASERS FOR MEDICAL USE, MRI DIAGNOSTIC APPARATUS, ANESTHETIC MASKS, SURGICAL MASKS, MASKS FOR USE BY MEDICAL PERSONNEL, ELECTRIC AND NON-ELECTRIC MASSAGE APPARATUS, AIR MATTRESSES FOR MEDICAL PURPOSES, MEDICAL BAGS DESIGNED TO HOLD MEDICAL INSTRUMENTS, SOLD EMPTY, MEDICAL STENTS, MEDICAL SYRINGES, MEDICAL TREATMENT APPAREL, MEDICAL TUBING USED FOR DRAINAGE, TRANSFUSION, AND ADMINISTERING DRUGS, SURGICAL MIRRORS, FETAL PULSE MONITORS, HEART MONITORS, PULSE RATE MONITORS, RESPIRATION MONITORS, MOUNTS FOR MEDICAL X-RAY NEGATIVES, MOUTH GUARDS FOR MEDICAL PURPOSES, NEBULIZERS FOR RESPIRATION THERAPY, NEEDLES FOR MEDICAL USE, NERVE STIMULATOR APPARATUS, BABY NURSERS, OBSTETRIC APPARATUS FOR CATTLE, OPERATING ROOM APPAREL, OPERATING TABLES, OPHTHALMOMETERS, OPHTHALMOSCOPES, ORTHODONTIC APPLIANCES, ORTHOPEDIC JOINT IMPLANTS, ORTHOPEDIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC SUPPORTS, FOOT AND HAND ORTHOTICS, OTOSCOPES, OXYGEN MASKS FOR MEDICAL USE, OXYGEN MONITORS, PACIFIERS FOR BABIES, PADDING FOR ORTHOPEDIC CASTS, PATIENT EXAMINATION TABLES, PATIENT SAFETY RESTRAINTS, PATIENT TREATMENT TABLES, PHOTOTHERAPEUTIC APPARATUS FOR MEDICAL PURPOSES, PLASTER CASTS FOR ORTHOPEDIC PURPOSES, DISPOSABLE MEDICAL STERILIZATION POUCHES, URETHRAL PROBE SYRINGES, CARDIAC PROBES, URETHRAL PROBES, HAND PROSTHESES, RADIOLOGICAL APPARATUS FOR MEDICAL PURPOSES, RESPIRATORS FOR ARTIFICIAL RESPIRATION, RESUSCITATION APPARATUS, RESUSCITATORS, RETINOSCOPES, THERAPEUTIC SAUNAS, SURGICAL SAWS, SCALPELS, SURGICAL SCISSORS, SURGICAL SCRUB SUITS, SURGICAL SHOE COVERS, SILICONE GEL SHEETING FOR THE TREATMENT OF SCARS, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, SLINGS FOR MEDICAL ORTHOPEDIC SOLES, SPHYGMOMANOMETERS, MEDICAL SPITTOONS, ORTHOPEDIC AND SURGICAL SPLINTS, SURGICAL SPONGES, SPOONS FOR ADMINISTERING MEDICINE, SURGICAL SKIN STAPLERS, SURGICAL STAPLERS, STERILIZATION UNITS FOR MEDICAL INSTRUMENTS, STETHOSCOPES, STIRRUPS FOR USE WITH MEDICAL EXAMINATION TABLES, ELASTIC STOCKINGS FOR SURGICAL USE, STRAIGHT JACKETS, MEDICAL STRETCHERS; STRETCHERS FOR PATIENT TRANSPORT, SURGICAL SCRUB SUITS, SUPPORTS FOR LEGS, ARMS, BACKS, NECKS, HEADS, ANKLES, KNEES, ELBOWS AND WRISTS FOR MEDICAL USE, SURGICAL IMPLANTS COMPRISING ARTIFICIAL MATERIAL, SURGICAL INSTRUMENTS, NAMELY, SCALPELS, BLADES AND STAPLERS, SURGICAL THREAD, SUTURES, UTERINE SYRINGES, VAGINAL SYRINGES, TEETHING RINGS, THERMAL PACKS FOR FIRST AID PURPOSES, THERMOMETERS FOR MEDICAL PURPOSES, TOILETS ADAP-

TED FOR MEDICAL PATIENTS OR FOR USE BY HANDICAPPED PERSONS, TONGUE DEPRESSORS, TRACHEOSTOMY TUBES, TRACTION APPARATUS FOR MEDICAL USE, TRANSDERMAL DRUG DELIVERY PATCHES SOLD WITHOUT MEDICATION, TRANSFUSION SETS, TRUSSES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, ULTRASOUND DIAGNOSTIC APPARATUS, VESSELS, NAMELY, URINALS FOR MEDICAL PURPOSES, UROLOGICAL IMAGING SYSTEMS, VASCULAR ACCESS PORTS FOR MEDICAL USE, INVALID WALKERS, WHIRLPOOLS FOR USE IN HOSPITALS OR FOR THERAPEUTIC USE, WOUND DRAINAGE APPARATUS, WOUND SUCTION APPARATUS, X-RAY APPARATUS FOR MEDICAL USE, X-RAY DIAGNOSTIC APPARATUS, MOUNTS FOR X-RAY NEGATIVES FOR MEDICAL PURPOSES, X-RAY PHOTOGRAPHS FOR MEDICAL PURPOSES; ARTIFICIAL LIMBS, EYES; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC SUPPORT BANDAGES, CORSETS FOR THERAPEUTIC USE, MEDICAL SUPPORT OR COMPRESSION STOCKINGS, MEDICAL SUPPORT OR SURGICAL PANTYHOSE, FOOTWEAR, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: LIGHTING, HEATING, STEAM GENERATING, COOKING, REFRIGERATING, DRYING, VENTILATING, WATER SUPPLY AND SANITATION APPARATUS, NAMELY, POCKET FLASHLIGHTS; GAS IGNITERS FOR GAS OVENS; DEFROSTERS FOR VEHICLES; HEATERS FOR DEFROSTING WINDOWS OF VEHICLES; VEHICLE HEADLIGHTS; ELECTRIC COFFEE POTS; ELECTRIC COFFEE PERCOLATORS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHIBIOUS AIRPLANES; AMBULANCES; ANTI-DAZZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMO-

BILE BODIES; AUTOMOBILE CHASSIS; AUTOMOBILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MOTORCYCLES; SLEEPING BERTHS FOR VEHICLES; BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BICYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEGMENTS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; BRAKES FOR VEHICLES; BUFFERS FOR RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHICLE GAS TANKS; CARAVANS; RAILWAY CARRIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GROCERY CARTS; MOTORIZED GOLF CARTS; CASINGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHICLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VEHICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VEHICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VEHICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; CRANKCASES FOR LAND VEHICLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES, CARS, CHAINS, FRAMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIVERY TRICYCLES; RAILWAY DINING CARS; DINING CARS; DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIVING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUNNELS FOR SHIPS; GEAR BOXES FOR LAND VEHICLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; GOLF CARTS; GOODS HANDLING

CARTS; HAND CARTS; HANDLE BARS FOR BI-CYCLES AND MOTORCYCLES; SECURITY HAR-NESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LA-DLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILI-TARY VEHICLES, NAMELY, ARMORED PERSON-NEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPEL-LED ARTILLERY; MINE CART WHEELS; REAR-VIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUD-GUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CA-NOES; PARACHUTES; PEDALS FOR MOTOR-CYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVER-SING ALARMS FOR VEHICLES; RIMS FOR VEHI-CLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIR-CRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MO-TORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COV-ERS FOR VEHICLE SAFETY SEATS FOR CHIL-DREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK AB-SORBERS FOR AUTOMOBILES; SHOCK ABSORB-ING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPRINKLING TRUCKS; STANDS FOR BICYCLES AND MOTORCYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTO-MOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARA-TUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTOR-CYCLES, BICYCLES, TRICYCLES AND UNI-CYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHI-CLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANS-PORT APPARATUS AND INSTALLATIONS NAME-LY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TROLLEYS; TUBELESS TIRES FOR MOTOR-CYCLES, BICYCLES, TRICYCLES AND UNI-CYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHI-CLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRI-CYCLES AND UNICYCLES; WINDOWS FOR VEHI-CLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: FIREARMS; AMMUNITION AND PROJEC-TILES, NAMELY, ARMOR PIERCING PROJEC-TILES AND GUIDED PROJECTILES; EXPLOSIVES; FIREWORKS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAME-LY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS; HAT ORNA-MENTS OF PRECIOUS METAL; SHOE ORNA-MENTS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, CHRONOGRAPHS FOR USE AS WATCHES AND CHRONOMETERS; CUTLERY OF PRECIOUS ME-TAL, NAMELY, FORK, SPOONS; METAL, STER-LING SILVER TABLE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: GOODS MADE FROM PAPER AND CARD-BOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPE-CIALLY IN SCIENCE AND TECHNOLOGY; ELEC-TRIC OR NON-ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER

OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUBBER, GUTTA PERCHA, GUM, ASBESTOS, MICA AND GOODS MADE FROM THESE MATERIALS, NAMELY, ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEMI-PROCESSED CELLULOSE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACOUSTICAL INSULATION BARRIER PANELS, ACOUSTICAL INSULATION FOR BUILDINGS, SEMI-FINISHED ACOUSTICAL PANELS FOR BUILDINGS, ACRYLIC MOLDED PLASTIC SUBSTANCES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, ACRYLIC SHEETING FOR USE IN THE MANUFACTURE OF VEHICLES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, ADHESIVE PACKING TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE SEALANT AND CAULKING COMPOUND, ADHESIVE SEALANTS FOR GENERAL USE, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF ADHESIVE TAPE, ADHESIVE TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE TAPE FOR INDUSTRIAL OR COMMERCIAL PACKING USE, ADHESIVE TAPE FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, RUBBER AND PLASTIC AIR CONDITIONER HOSES, INSULATION FOR AIR CONDITIONERS, AIR HOSES, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, ASBESTOS PACKING FOR VALVES AND PISTONS, ASBESTOS SAFETY SCREENS FOR FIREMEN, RUBBER BAGS FOR MERCHANDISE PACKAGING, NAMELY ENVELOPES AND POUCHES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, INSULATING BLANKETS FOR HOT WATER HEATERS, RUBBER BOTTLE STOPPERS, SEMI-PROCESSED BRAKE LINING MATERIAL; SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, PARTLY-PROCESSED FRICTION MATERIALS FOR BRAKE LININGS, SHOCK BUFFERS OF RUBBER FOR INDUSTRIAL MACHINERY, BUILDING INSULATION, RUBBER BUMPERS FOR LOADING DOCKS, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CARPET SEAM TAPE, CAULKING COMPOUNDS, CAULKING, CELLULOSE ACETATE FILM USED AS AN INDUSTRIAL OR COMMERCIAL PACKING MATERIAL, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PHOTOGRAPHIC OR MAGNETIC SOUND RECORDINGS, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PRESSURE SENSITIVE ADHESIVE TAPE, SEMIPROCESSED CELLULOSE ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, ELECTRICAL CERAMIC INSULATORS, RUBBER CLACK VALVES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PARTLY-PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS, CLUTCH LININGS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, PLASTIC CONDUIT FOR DRAINAGE AND IRRIGATION, PLASTIC CONDUIT FOR PLUMBING USE, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, CONVEYING HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, COTTON WOOL FOR SEALING PURPOSES IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PLASTIC LAMINATED SHEETS AND PANELS FOR USE IN THE MANUFACTURE OF COUNTERTOPS, NON-METAL PIPE COUPLINGS AND JOINTS, NON-METAL COUPLINGS FOR FIRE HOSES, NON-METAL COUPLINGS FOR USE WITH HOSES, RUBBER AND PLASTIC CUSHIONING IN THE NATURE OF STUFFING FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEALS, NAMELY, CYLINDER JOININGS; DOOR STOPS OF RUBBER, PLASTIC CONDUIT FOR DRAINAGE, PLASTIC SHEETING FOR USE AS DROP CLOTHS, DRYWALL JOINT TAPE, DUCT TAPE, ELECTRICAL CERAMIC INSULATORS, GLASS FIBER ELECTRICAL INSULATING TAPE, ELECTRICAL INSULATING TAPE, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, ELECTRICAL INSULATORS, NAMELY, INSULATORS MADE OF CERAMIC, PLASTIC AND RUBBER, ELECTRICAL TAPE, EXPANSION JOINT FILLERS FOR PAVEMENT, FIBERGLASS FABRICS FOR BUILDING INSULATION, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, FIBERGLASS FABRICS FOR BUILDING INSULATION, RESIDENTIAL FIBERGLASS INSULATION, FIBERGLASS INSULATION FOR BUILDINGS, PLASTIC FIBERS FOR USE IN THE MANUFACTURE OF TIRE CORD, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, TINTED, LAMINATED AND REFLECTIVE PLASTIC FILM FOR USE IN HOME AND AUTO WINDOWS, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING, MINERAL WOOL FOR USE IN THE MANUFACTURE OF FILTER MEDIA, FIRE HOSES, FOAM INSULATION FOR USE IN BUILDING AND CONSTRUCTION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION,

METAL FOIL FOR BUILDING INSULATION, PARTLY PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS AND BRAKE LININGS, NON-METAL FUEL OIL HOSES, INDUSTRIAL MOLTEN METAL FURNACE INSULATION MADE OF CERAMIC ENAMEL FIBER, GARDEN HOSES, GASKET MATERIAL IN SHEETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, LIQUID GASKET SEALER FOR AUTOMOTIVE USE; GASKET SEALER FOR USE IN PLUMBING, GRAPHITE PACKING FOR GASKETS, PIPE GASKETS, NON-METAL GASKETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTRO-TECHNICAL INDUSTRY, GLASS FIBER ELECTRI-CAL INSULATING TAPE, GLASS FIBER FIREPROOF TEXTILES, GLASS FIBER INSULA-TION FOR HOT WATER HEATERS, GLASS FIBER INSULATION FOR USE IN CONSTRUCTION, GLASS FIBERS FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, GLASS WOOL FOR BUILDING INSULATION, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, AIR HOSES, LAWN HOSES, NON-METAL FUEL OIL HOSES, NON-METAL PET-ROLEUM HOSES, WATERING HOSES, RUBBER AND PLASTIC AGRICULTURAL HOSES, RUBBER AND PLASTIC HYDRAULIC HOSES, NON-METAL HOSES FOR AGRICULTURAL USE, RUBBER AND PLASTIC HOSES FOR AIR CONDITIONERS, NON-METAL HOSES FOR COMMERCIAL MARINE USE, PLASTIC HOSES FOR PLUMBING USE, HOSES FOR PNEUMATIC TOOLS, RUBBER AND PLASTIC HOSES FOR SWIMMING POOLS, NON-METAL HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FI-BER INSULATION FOR HOT WATER HEATERS, INSULATING BLANKETS FOR HOT WATER HEA-TERS, INSULATING FELT FOR USE IN THE VEHI-CLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING OIL FOR TRANSFOR-MERS, INSULATING PAINT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, INSULATING PLASTER, INSU-LATING SLEEVES FOR WATER HEATERS AND MACHINERY, INSULATING SLEEVES FOR POW-ER LINES, ELECTRICAL INSULATING TAPE, GLASS FIBER ELECTRICAL INSULATING TAPE, ASBESTOS FABRICS FOR USE AS CABLE INSULA-TION, MINERAL WOOL FOR USE AS BUILDING INSULATION, POLYURETHANE FILM FOR USE AS BUILDING INSULATION; POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSU-LATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANU-FACTURE OF ELECTRICAL INSULATION, INSU-LATION COVERS FOR INDUSTRIAL MACHINERY, INSULATION FOR AIR CONDI-TIONERS, INSULATION FOR AIRCRAFT, INSULA-TION FOR UNDERGROUND PIPES AND TANKS, INSULATION JACKETS FOR INDUSTRIAL PIPES, INSULATORS FOR ELECTRIC MAINS, INSULA-TORS FOR ELECTRICAL CABLES, INSULATORS FOR RAILWAY TRACKS, JOINT PACKING FOR PLASTIC, RUBBER AND CERAMIC PIPE, JOINT-ING MATERIAL FOR MASONRY AND PAVE-MENT, CYLINDER JOINTINGS, NAMELY, SEALS, NON-METAL PIPE COUPLINGS AND JOINTS, JUNCTIONS NOT OF METAL FOR RUBBER, PLAS-TIC AND CERAMIC PIPES, LATEX FOR USE IN THE MANUFACTURE OF FOAM RUBBER, RUB-BER GLOVES, CONDOMS, AND FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, PAVEMENT MARKING TAPE, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, MASKING TAPE, JOINTING MATERIAL FOR MASONRY, MICA FOR USE AS A FILLER IN PLASTICS, IN THE MANUFACTURE OF ELECTRONIC INSTRUMENTS, MOUNTING TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, NON-METAL PIPE MUFFS FOR USE WITH PLASTIC, RUBBER AND CERAMIC PIPE, MULCH MATS MADE OF RECYCLED RUBBER FOR PREVENTING WEED GROWTH, NON-SLIP, ADHESIVE-BACKED BATH TUB APPLIQUES, OIL ABSORBANT PADS AND PILLOWS FOR CONTAINING OIL SPILLS, INSU-LATING OIL FOR TRANSFORMERS, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, PLASTIC PACKING FOR SHIPPING CONTAINERS, ASBESTOS PACKING FOR VALVES AND PISTONS, PACKING PADDING OF PLASTIC FOR SHIPPING CONTAINERS, PACKING PADDING OF RUBBER FOR SHIPPING CONTAINERS, PLASTIC FILM FOR INDUSTRIAL AND COMMERCIAL PACKING USE, RUBBER AND PLASTIC PADDING FOR SHIPPING CONTAINERS; NON-METAL PETROLEUM HOSES, PHOTOGRAPHIC SPLICING TAPE, NON-METAL PIPE COLLARS, NON-METAL PIPE COUPLINGS AND JOINTS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL; PIPE GASKETS FOR PLASTIC, RUBBER AND CERAMIC PIPES, PIPE INSULATION FOR RUBBER, PLASTIC AND CERAMIC PIPES, PIPE JOINT COMPOUND, PIPE JOINT SEALANT, PIPE JOINT TAPE, PLASTIC PIPES FOR CONVEY-ING NATURAL GAS, PLASTIC PIPES FOR PLUMB-ING PURPOSES, PLASTIC PACKING FOR SHIPPING CONTAINERS, PLASTIC SHEETING FOR PREVENTING WEED GROWTH, PLASTIC TUBES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WATER-TIGHT RINGS FOR PLUMBING PIPES, HOSES FOR PNEUMATIC TOOLS, POLYURETHANE FILM FOR USE AS A MOISTURE BARRIER, POLYUR-ETHANE FILM FOR USE IN GLASS LAMINA-TIONS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING BUILDINGS, POLY-URETHANE SPRAY FOAM FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, INSULATORS FOR RAILWAY TRACKS, REFLECTIVE TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNI-CAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINA-TED GLASS, RESINS IN BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR GENERAL IN-DUSTRIAL USE, RESINS IN EXTRUDED FORM FOR GENERAL INDUSTRIAL USE, RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS, SYNTHETIC RUBBER FOR USE IN THE MANU-

FACTURE OF TIRES, CABLE AND PAPER, LATEX RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, AND PAPER, RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, PAPER, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, GENERAL PURPOSE SILICONE RUBBER SEALANT, RUBBER SEALANT FOR CAULKING AND ADHESIVE PURPOSES, RUBBER SHOCK ABSORBERS FOR INDUSTRIAL MACHINERY, RUBBER SLEEVES FOR PROTECTING PARTS OF MACHINERY, ASBESTOS SAFETY SCREENS FOR FIREMEN, GENERAL PURPOSE SILICONE RUBBER SEALANT, SEALANTS FOR BUILDINGS, SEALANTS FOR GENERAL USE; SEALANTS FOR PAVEMENT WEATHERSTRIPPING JOINTS, SEALANTS IN THE NATURE OF CAULK, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, CARPET SEAM TAPE, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, SHOCK ABSORBING RUBBER BUFFERS FOR INDUSTRIAL MACHINERY, SLAG WOOL FOR USE AS A BUILDING INSULATOR, SLEEVES OF RUBBER FOR PROTECTING PARTS OF MACHINERY, PLASTIC SOLDERING THREADS, SOUNDPROOFING MATERIALS FOR BUILDINGS, STRAPPING TAPE, STUFFING OF RUBBER, PLASTIC SWIMMING POOL HOSES, THREADS PLASTIC SOLDERING, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, VULCANIZED FIBER WASHERS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF RUBBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF VULCANIZED FIBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WEATHERSTRIPPING SEALANTS IN THE NATURE OF CAULK, GLASS WOOL FOR BUILDING INSULATION; EXTRUDED PLASTIC IN THE FORM OF BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR USE IN MANUFACTURING, PACKING, STOPPING AND INSULATION; NON-METAL FLEXIBLE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METALLIC BUILDING MATERIALS, NAMELY, NON-METALLIC RIGID PIPES FOR BUILDING, ASPHALT, PITCH AND BITUMEN; NON-METALLIC TRANSPORTABLE BUILDINGS, AND NON-METALLIC MONUMENTS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERCHSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, AND OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; HAIR OR CLEANING BRUSHES, NON-ELECTRIC PORTABLE COLD BOXES, FITTED PICNIC BASKETS INCLUDING DISHES; FITTED VANITY CASES, TOILET SPONGES, CHAMOIS LEATHER FOR CLEANING; COMBS; BEVERAGE GLASSWARE; PORCELAIN EGGS, ORNAMENTS, SCULPTURES, STATUES, STATUETTES; JARS FOR JAMS AND JELLIES; HANDLES; DOORKNOBS; FIGURES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; BUSTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; EARTHENWARE BASINS, BUSTS, DOORKNOBS, FIGURES, FIGURINES; JARS FOR JAMS AND JELLIES; MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CAMOUFLAGE NETS FOR VISUAL AND RADAR USES; COMMERCIAL FISHING NETS; COMMERCIAL NETS; FABRIC AND POLYESTER MESH NETS FOR STORING TOYS AND OTHER HOUSEHOLD ITEMS; CANVAS TARPAULINS, TENTS, TARPAULIN COVERS FOR LAND VEHICLES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: YARNS AND THREADS, FOR TEXTILE USE, IN CLASS 23 (U.S. CL. 43).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED BLANKETS, TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, SWEATERS, SWEATSHIRTS, T-SHIRTS, JACKETS, SHORTS, WARM-UP SUITS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE, NAMELY, BOBBIN OR TRIMMING; EMBROIDERY, RIBBONS AND BRAIDS; BUTTONS, NAMELY, ORNAMENTAL, NOVELTY, PRESS, RIVET, SHIRT, CLOTHING, CAMPAIGN; HOOKS AND EYE FASTENERS; PINS FOR HAIR, CURLING, WAVING PINS FOR HAIR, FOR SECURING HATS, ORNAMENTAL NOVELTY, SAFETY; NEEDLES FOR SEWING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, DOOR MATS, AND CARPETS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARATUS; GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLATFORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUGBY BALLS, SOCCER BALLS, SPORT BALLS, BASEBALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODYBUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEAR FISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS; PORCELAIN DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, NAMELY MEAT, FISH, FRUIT AND VEGETABLE JELLIES; JAMS; EGGS; MILK AND MILK PRODUCTS, NAMELY, BUTTER, CHEESE, CREAM, YOGURT, POWDERED MILK FOR ALIMENTARY PURPOSES; EDIBLE OILS AND FATS; MEAT, FISH, AND VEGETABLES PRESERVES , IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; CEREALS, NAMELY, BREAKFAST CEREALS AND PROCESSED CEREALS; BREAD; PASTRIES; CONFECTIONERY, OF ALL KINDS; SWEETS; FLAVORED ICES; TREACLE; YEAST; BAKING POWDER; SALT FOR CONSUMPTION; MUSTARD; VINEGAR; SEASONING SAUCES; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: AGRICULTURAL, FORESTRY PRODUCTS AND GRAINS, NAMELY, UNPROCESSED GRAINS FOR EATING, AGRICULTURAL GRAINS FOR PROCESSING, LIVING ANIMALS, FRESH FRUITS AND; FOODS STUFFS FOR ANIMALS; MALT FOR BREWING AND DISTILLING, IN CLASS 31 (U.S. CLS. 1 AND 46).

FOR: MINERAL WATER; AERATED WATERS; SYRUPS; CONCENTRATES OR POWDERS FOR MAKING FRUIT DRINKS; NONALCOHOLIC BEVERAGES, NAMELY NONALCOHOLIC MALT BEVERAGE BEER SUBSTITUTE CONTAINING LESS

THAN POINT 005% ALCOHOL; FRUIT DRINKS; FRUIT JUICES, BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, NAMELY, WINE, LIQUORS, DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: SMOKER'S ARTICLES, NAMELY, ASH-TRAYS NOT OF PRECIOUS METAL, LIGHTERS NOT OF PRECIOUS METAL, TOBACCO POUCHES, TOBACCO JARS NOT OF PRECIOUS METAL, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFOR-

MATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION, AND REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; CAR RENTAL; TAXI TRANSPORT; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER

SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF INTERNATIONAL REGISTRATION 0708041 DATED 7-2-1998, EXPIRES 7-2-2008.

OWNER OF U.S. REG. NO. 1,883,332.

SER. NO. 79-001,131, FILED 12-23-2003.

ZACHARY BELLO, EXAMINING ATTORNEY

Int. Cls.: 4, 7, 9, 12, 28, 35, 36, 37, 41 and 42

Prior U.S. Cls.: 1, 6, 13, 15, 19, 21, 22, 23, 26, 31, 34, 35, 36, 38, 44, 50, 100, 101, 102, 103, 106 and 107

Reg. No. 3,032,408

## United States Patent and Trademark Office

Registered Dec. 20, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AG (FED REP GERMANY CORPORATION)
D-38436 WOLFSBURG
FED REP GERMANY

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AUTOMOBILES, AIRCRAFT ENGINES AND INDUSTRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MACHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES; POWER TRANSMISSION BELTS FOR MACHINES; BELTS FOR TRANSMISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HYDRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, LIFE

NETS, LIFE BELTS, MARKER BUOYS, SAFETY MARKERS, CONTACT LENSES, SPECTACLES, SPECTACLE CASES, BINOCULARS, MAGNIFYING GLASSES, SUNGLASSES, AUTOMATIC CONTROL MECHANISMS FOR THE STEERING AND CONTROL OF VEHICLES AND ENGINES, SIMULATORS FOR THE STEERING AND CONTROL OF VEHICLES, IN THE NATURE OF, AIRPLANE FLIGHT SIMULATORS; AUTOMOBILE DRIVING SIMULATORS; VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, CIGAR LIGHTERS FOR AUTOMOBILES, ALARMS, NAMELY, BURGLAR ALARMS, FIRE ALARMS, ANTI-THEFT ALARMS FOR VEHICLES, ELECTRIC ACCUMULATORS AND BATTERIES, CHARGERS FOR BATTERIES, ELECTRIC THEFT PREVENTION APPARATUS, SPEEDOMETERS, VEHICLE BREAKDOWN WARNING LAMPS, GRADUATED RULERS, MEASURING APPARATUS AND MEASURING INSTRUMENTS, REVOLUTION COUNTERS AND TACHOMETERS; LIFE SAVING APPARATUS AND EQUIPMENT, NAMELY LIFE-SAVING RAFTS, FIRE ESCAPE LADDERS, SAFETY NETS USED FOR LIFE SAVING, SAFETY TARPAULINS USED FOR LIFE SAVING, LIFE BELTS, LIFE BUOYS, LIFE JACKETS, ACID HYDROMETERS, FUSES, NAMELY, ELECTRICAL FUSES, ELECTRIC RELAYS, LASERS, NOT FOR MEDICAL PURPOSES, NAMELY, LASER POINTERS, REMOTE CONTROLS USED FOR, THE REMOTE OPERATION OF A MOTOR VEHICLE, SOLAR BATTERIES,

COMPASSES, NAMELY DIRECTIONAL COMPASSES, NAVIGATIONAL INSTRUMENTS, NAMELY, SEXTANTS, COMPASSES, NAVIGATIONAL BUOYS, SPIRIT LEVELS, BALANCING APPARATUS, NAMELY, SCALES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, ANTENNAS, RADIOS, TELEVISION APPARATUS, NAMELY, TELEVISION SETS, TELEVISION ANTENNAS, TELEPHONE APPARATUS, NAMELY, VIDEO TELEPHONES, KALEIDOSCOPES, PROJECTION APPARATUS, NAMELY, PHOTOGRAPHIC PROJECTORS, SLIDE PROJECTORS, CAMERAS, NAMELY, MOTION PICTURE CAMERAS, PHOTOGRAPHIC CAMERAS, PHOTOCOPYING MACHINES, ELECTRONIC TRANSLATION APPARATUS, NAMELY, COMPUTER PROGRAMS FOR USE IN THE TRANSLATION OF HUMAN LANGUAGES, POCKET TRANSLATORS, NAMELY, HAND HELD COMPUTER DEVICES INCORPORATING PROGRAMS FOR USE IN THE TRANSLATION OF HUMAN LANGUAGES; ELECTRONIC, FILMS, EXPOSED, NAMELY, COMPUTER SOFTWARE FOR USE AS FILM, IN THE CAPTURING AND DISPLAYING OF IMAGES; BLANK MAGNETIC DATA CARRIERS, RECORDING DISCS, NAMELY, MAGNETIC CODED CARDS, BLANK SMART CARDS, MAGNETIC ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING, NAMELY, MAGNETIC CODED CARDS FOR USE IN THE FIELD OF BUILDING SECURITY SYSTEMS, AND MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS; AUTOMATIC VENDING MACHINES; AUTOMATIC BANKING MACHINES; AUTOMATIC AMUSEMENT MACHINES; CASH REGISTERS; CALCULATORS; DATA PROCESSING APPARATUS, NAMELY, COMPUTERS, COMPUTER PROGRAMS, FOR USE IN DATA BASE MANAGEMENT, AND AS A SPREAD SHEET, COMPUTERS, ELECTRONIC CALENDARS AND ORGANIZERS, NAMELY, HANDHELD PERSONAL ELECTRONIC DEVICES FOR SCHEDULING APPOINTMENTS, FACSIMILE MACHINES, MONITORS, NAMELY, COMPUTER MONITORS, VIDEO MONITORS, COMPUTER PERIPHERALS, POCKET CALCULATORS; FIRE EXTINGUISHERS, RECORDED COMPUTER PROGRAMS AND SOFTWARE AND DATA COLLECTIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHIBIOUS AIRPLANES; AMBULANCES; ANTI-DAZZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMOBILE BODIES; AUTOMOBILE CHASSIS; AUTOMOBILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MOTORCYCLES; SLEEPING BERTHS FOR VEHICLES; BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BICYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEGMENTS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; BRAKES FOR VEHICLES; BUFFERS FOR RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHICLE GAS TANKS; CARAVANS; RAILWAY CARRIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GROCERY CARTS; MOTORIZED GOLF CARTS; CASINGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHICLES; MOTORCYCLE CHAINS; CHAIR LIFTS; VEHICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VEHICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VEHICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; COVERS FOR BABY CARRIAGES; CRANKCASES FOR LAND VEHICLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES,CARS, CHAINS, FRAMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIVERY TRICYCLES; RAILWAY DINING CARS; DINING CARS;

DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIVING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUNNELS FOR SHIPS; GEAR BOXES FOR LAND VEHICLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNI-CYCLES; GOLF CARTS; GOODS HANDLING CARTS; HAND CARTS; HANDLE BARS FOR BI-CYCLES AND MOTORCYCLES; SECURITY HAR-NESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LA-DLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILI-TARY VEHICLES, NAMELY, ARMORED PERSON-NEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPEL-LED ARTILLERY; MINE CART WHEELS; REAR-VIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUD-GUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CA-NOES; PARACHUTES; PEDALS FOR MOTOR-CYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSH CHAIR COVERS; PUSH CHAIR HOODS; PUSH CHAIRS; REDUCTION GEARS FORELAND VEHICLES; REFRIGERATED VEHICLES; REVER-SING ALARMS FOR VEHICLES; RIMS FOR VEHI-CLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIR-CRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MO-TORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COV-ERS FOR VEHICLE SAFETY SEATS FOR CHIL-DREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS 'HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK AB-SORBERS FOR AUTOMOBILES; SHOCK ABSORB-ING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SKI LIFTS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRI-CYCLES AND UNICYCLES; SPRINKLING TRUCKS; STANDS FOR BICYCLES, MOTOR-CYCLES, BICYCLES, TRICYCLES AND UNI-CYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTO-MOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARA-TUS PARTS OF TRUCKS BANDWAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON-SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTOR-CYCLES, BICYCLES, TRICYCLES AND UNI-CYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHI-CLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANS-PORT APPARATUS AND INSTALLATIONS NAME-LY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TRICYCLES; TRICYCLE CARRIER; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BI-CYCLES, TRICYCLES AND UNICYCLES; TUR-BINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UP-HOLSTERY FOR VEHICLES; VALVES FOR VEHI-CLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTOR-CYCLES, BICYCLES, TRICYCLES AND UNI-CYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRI-CYCLES AND UNICYCLES; WINDOWS FOR VEHI-CLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARA-TUS; GYMNASTIC HORIZONTAL BARS; GYMNAS-TIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLAT-FORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUG-BY BALLS, SOCCER BALLS, SPORT BALLS, BASE-BALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES;

CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS FORERUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISHHOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASE-BALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, BOXING GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATER SKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEAR FISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATH-

LETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATER SKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFORMATION; LEATHER CLEANING AND REPAIR;

MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION; VEHICLE REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ART-WORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: RESTAURANTS; CAFES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTELS; MOTELS; COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF INTERNATIONAL REGISTRATION 0807803 DATED 1-29-2003, EXPIRES 1-29-2013.

OWNER OF U.S. REG. NOS. 653,695, 2,100,963, AND 2,849,974.

THE COLOR(S) METALLIC BLUE, WHITE, SILVER, BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

METALLIC BLUE, BACKGROUND; BLACK, BACKGROUND IN THE BOTTOM RIGHT (SHADOW); WHITE, CIRCLE AROUND THE MARK AND INNERCIRCLE WITH MAIN DEVICE; SILVER, BOTTOM RIGHT PART OF INNERCIRCLE (SHADOW).

SER. NO. 79-001,521, FILED 2-4-2004.

MICHAEL ENGEL, EXAMINING ATTORNEY