# EXHIBIT B

Int. Cls.: 12, 18, 25, 28 and 37

Prior U.S. Cls.: 1, 2, 3, 19, 21, 22, 23, 31, 35, 38, 39, 41, 44, 50, 100, 103 and 106

Reg. No. 3,407,639

**United States Patent and Trademark Office**   Registered Apr. 8, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
BRIEFFACH 1770
38436 WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, ANIMAL SKINS AND FURS SOLD IN BULK; WHIPS; HARNESSES FOR ANIMALS; VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING OF ALL KINDS, NAMELY, PARKAS, ANORAKS, APRONS, ASCOTS, ATHLETIC UNIFORMS, BABUSHKAS, BALLOON PANTS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHING TRUNKS, BATHROBES, BEACH COVERUPS, BEACHWEAR, BED JACKETS, GARTER BELTS, MONEY BELTS, BELTS, BERMUDA SHORTS, CLOTH BIBS, SKI BIBS, BIKINIS, BLAZERS, BLOOMERS, BLOUSES, BLOUSONS, BOAS, BODY SHAPERS, BODY SUITS, BOLEROS, BOTTOMS, BOW TIES, BOXER SHORTS, BRAS, BRASSIERES, BREECHES, BRIEFS, BABY BUNTING, BUSTIERS, CAFTANS, CAMISOLES, CAPES, CARDIGANS, CASSOCKS, CHAPS, CHASUBLES, CHEMISES, CHEMISETTES, CLOTH DIAPERS, FUR COATS, LAB COATS, LEATHER COATS, OVERCOATS, RAIN COATS, SPORT COATS, SUIT COATS, TOP COATS, COATS, COLLARS, COMBINATIONS, COMPETITORS' NUMBERS OF TEXTILE, CORSELETS, NAMELY, CORSETS AND GIRDLES, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, COVERALLS, COVERUPS, CRAVATS, CREEPERS, CUFFS, CULOTTES, CUMMERBUNDS, DICKIES, DRESS SHIELDS, DRESSES, DRESSING GOWNS, DRY SUITS, DUNGAREES, DUSTERS, ESPADRILLES, EVENING GOWNS, FISHING VESTS, FISHING WADERS, FLIGHT SUITS, FOUL WEATHER GEAR, FOUNDATION GARMENTS, FROCKS, FUR CLOAKS, FUR JACKETS, FUR STOLES, GABERDINES, GAITERS, GAUCHOS, SKI GLOVES, GLOVES, GOLF SHIRTS, NIGHT GOWNS, WEDDING GOWNS, GOWNS, GREATCOATS, GYM SHORTS, GYM SUITS, HALTER TOPS, HOODS, HOSIERY, HOUSECOATS, INFANT DIAPER COVERS, INFANTWEAR, LEATHER JACKETS, WIND RESISTANT JACKETS, JACKETS, JEANS, JERKINS, JERSEYS, JODHPURS, JOGGING SUITS, JUMPERS, JUMPSUITS, KERCHIEFS, KILTS, KIMONOS, KNEE HIGHS, KNICKERS, KNIT SHIRTS, LAYETTES, LEG WARMERS, LEGGINGS, LEOTARDS, LIGHT-REFLECTING COATS, LIGHT-REFLECTING JACKETS, LINGERIE, LOUNGEWEAR, MAILLOTS, MANTILLAS, MANTLES, MINISKIRTS, MITTENS, MUFFLERS, MUFFS, MUU MUUS, NECKERCHIEF, NECK-

WEAR, NEGLIGEES, NIGHT SHIRTS, NURSE'S APPAREL, NAMELY, DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, NURSING APPAREL, NAMELY, DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, OVERALLS, SHOULDER PADS FOR CLOTHING, PAJAMAS, PANTALOONS, PANTIES, SKI PANTS, SNOW PANTS, SWEAT PANTS, TAP PANTS, PANTS, PANTSUITS, PANTYHOSE, PARAMENTS, PAREU, PEDAL PUSHERS, PEIGNOIRS, PELERINES, PELISSES, PETTICOATS, PINAFORES, PLAY SUITS, PLUS FOURS, POCKET SQUARES, POLO SHIRTS, PONCHOS, PULLOVERS, QUILTED VESTS, RAIN SUITS, RAINWEAR, ROBES, ROMPERS, SARIS, SARONGS, SASHES, SHAWLS, SHIFTS, SPORT SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, SHIRTS, SHORT SETS, SHORTALLS, SWEAT SHORTS, SHORTS, SINGLETS, SKI MASKS, SKI SUITS, SKI WEAR, SKIRTS, SKORTS, SLACKS, SLEEP MASKS, SLEEPWEAR, SLIPS, SMOCKS, SNOW SUITS, SNOWBOARD GLOVES, STOCKINGS, STOLES, SWEAT SUITS, VESTED SUITS, WARM-UP SUITS, WET SUITS, SUITS, SUNSUITS, SUSPENDERS, SWADDLING CLOTHES, TURTLENECK SWEATERS, V-NECK SWEATERS, SWEATERS, SWIM TRUNKS, SWIM WEAR, SWIMSUITS, T-SHIRTS, TAILLEURS, TANGAS, TANK TOPS, TEDDIES, TENNIS WEAR, THERMAL UNDERWEAR, TIES, TIGHTS, TOGAS, TOPS, TOQUES, TRACKSUITS, TROUSERS, TUNICS, TURBANS, TURTLENECKS, TUXEDOS, UNDERCLOTHES, UNDERGARMENTS, UNDERPANTS, UNDERSHIRTS, UNDERWEAR, UNIFORMS, UNITARDS, VEILS, VESTS, WAISTCOATS, WINDSHIRTS, WRAPS, ZOOT SUITS; FOOTWEAR OF ALL KINDS, NAMELY, AFTER SKI BOOTS, SKI BOOT BAGS, SOCKS, ANKLETS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, BOOTIES, SKI BOOTS, BOOTS, TOE BOXES, CLEATS FOR ATTACHMENT TO SPORTS SHOES, CLOGS, GALOSHES, GOLF SHOES, HEEL INSERTS, HEELS, INNER SOLES, INSOLES, MOCCASINS, MUKLUKS, OVERSHOES, RUBBERS, SANDALS, SHOES, SLIPPERS, SNEAKERS, THERMAL SOCKS, SOCKS, SNOWBOARD BOOTS, SWEAT SOCKS, THONGS, WATER SOCKS, HORI; HEADGEAR FOR WEAR OF ALL KINDS NAMELY, BANDANAS, BANDEAUX, HEAD BANDS, BASEBALL CAPS, BATHING CAPS, BERETS, BONNETS, SHOWER CAPS, CAPS, EAR MUFFS, HATS, SUN VISORS, VISORS; NECKTIES, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, NAMELY, BOARD GAMES, CARD GAMES, HAND HELD UNITS FOR PLAYING VIDEO GAMES; PLAYTHINGS, NAMELY, SWING SETS, PLAY SETS FOR DOLLS; GYMNASTICS AND SPORTING ARTICLES, NAMELY, GYMNASTIC HORIZONTAL BARS, GYMNASTIC PARALLEL BARS, GYMNASTIC TRAINING STOOLS, GYMNASTIC VAULTING HORSES; SCALE MODEL VEHICLES, NAMELY, SCALE MODEL CARS; SPORTS BALLS, CRICKET BAGS, PLUSH TOYS, SWIMMING FLIPPERS, WATER WING SWIM AIDS FOR RECREATIONAL USE, CHRISTMAS TREE ORNAMENTS EXCEPT ILLUMINATION ARTICLES AND CONFECTIONERY, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CONSTRUCTION, REPAIR, DISMANTLING AND MAINTENANCE OF VEHICLES IN THE NATURE OF VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE, CLEANING, SERVICING AND VARNISHING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30082959,0/1, FILED 11-10-2000, REG. NO. 30082959, DATED 6-21-2001, EXPIRES 11-30-2010.

OWNER OF U.S. REG. NOS. 2,712,707 AND 3,003,226.

THE MARK CONSISTS OF A STYLIZED DESIGN OF A BUS.

SEC. 2(F).

SER. NO. 76-250,607, FILED 5-3-2001.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cls.: 12, 18, 25, 28 and 37

Prior U.S. Cls.: 1, 2, 3, 19, 21, 22, 23, 31, 35, 38, 39, 41, 44, 50, 100, 103 and 106

Reg. No. 3,003,226

**United States Patent and Trademark Office**  Registered Oct. 4, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VOLKSWAGEN MICROBUS

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
BRIEFFACH 1770
D-38436 WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, NAMELY, TRAILERS FOR CARGO, REFRIGERATED TRAILERS, TRAILERS FOR MOBILE WORKPLACE EQUIPMENT FOR REPAIR AND MAINTENANCE SERVICES, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS, COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, ANIMAL SKINS AND FURS SOLD IN BULK; WHIPS; HARNESSES FOR ANIMALS; VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING OF ALL KINDS, NAMELY, PARKAS, ANORAKS, APRONS, ASCOTS, ATHLETIC UNIFORMS, BABUSHKAS, BABY BUNTING, BALLOON PANTS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHING TRUNKS, BATHROBES, BEACH COVERUPS, BEACHWEAR, BED JACKETS, GARTER BELTS, MONEY BELTS, BELTS, BERMUDA SHORTS, CLOTH BIBS, SKI BIBS, BIKINIS, BLAZERS, BLOOMERS, BLOUSES, BLOUSONS, BOAS, BODY SHAPERS, BODY SUITS, BOLEROS, BOTTOMS, BOW TIES, BOXER SHORTS, BRAS, BRASSIERES, BREECHES, BRIEFS, BUSTIERS, CAFTANS, CAMISOLES, CAPES, CARDIGANS, CASSOCKS, CHAPS, CHASUBLES, CHEMISES, CHEMISETTES, CLOTH DIAPERS, FUR COATS, LAB COATS, LEATHER COATS, OVER COATS, RAIN COATS, SPORT COATS, SUIT COATS, TOP COATS, COATS, COLLARS, COMBINATIONS, COMPETITORS' NUMBERS OF TEXTILE, CORSELETS, FOUNDATION GARMENTS, NAMELY, CORSETS AND GIRDLES, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, COVERALLS, COVERUPS, CRAVATS, CREEPERS, CUFFS, CULOTTES, CUMMERBUNDS, DICKIES, DRESS SHIELDS, DRESSES, DRESSING GOWNS, DRY SUITS, DUNGAREES, DUSTERS, ESPADRILLES, EVENING GOWNS, FISHING VESTS, FISHING WADERS, FLIGHT SUITS, FOUL WEATHER GEAR, FOUNDATION GARMENTS, FROCKS, FUR CLOAKS, FUR JACKETS, FUR STOLES, GABERDINES, GAITERS, GAUCHOS, SKI GLOVES, GLOVES, GOLF SHIRTS, NIGHT GOWNS, WEDDING GOWNS, GOWNS, GREATCOATS, GYM SHORTS, GYM SUITS, HALTER TOPS, HOODS, HOSIERY, HOUSECOATS, INFANT DIAPER COVERS, INFANTWEAR, LEATHER JACKETS, WIND RESISTANT JACKETS, JACKETS, JEANS, JERKINS, JERSEYS, JODHPURS, JOGGING SUITS, JUMPERS, JUMPSUITS, KERCHIEFS, KILTS, KIMONOS, KNEE HIGHS, KNICKERS, KNIT SHIRTS, LAYETTES, LEG WARMERS, LEGGINGS, LEOTARDS, LIGHT-REFLECTING COATS, LIGHT-REFLECTING JACKETS, LINGERIE, LOUNGEWEAR, MAILLOTS, MANTILLAS, MANTLES, MINISKIRTS, MITTENS, MUFFLERS, MUFFS, MUU MUUS, NECKERCHIEFS, NECKWEAR, NEGLIGEES, NIGHT SHIRTS, NURSE'S APPAREL, NAMELY,

DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, OVERALLS, OVERCOATS, SHOULDER PADS FOR CLOTHING, PAJAMAS, PANTALOONS, PANTIES, SKI PANTS, SNOW PANTS, SWEAT PANTS, TAP PANTS, PANTS, PANT-SUITS, PANTYHOSE, PARAMENTS, PAREU, PARKAS, PEDAL PUSHERS, PEIGNOIRS, PELERINES, PELISSES, PETTICOATS, PINAFORES, PLAY SUITS, PLUS FOURS, POCKET SQUARES, POLO SHIRTS, PONCHOS, PULLOVERS, QUILTED VESTS, RAIN SUITS, RAINWEAR, ROBES, ROMPERS, SARIS, SARONGS, SASHES, SHAWLS, SHIFTS, SPORT SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, SHIRTS, SHORT SETS, SHORTALLS, SWEAT SHORTS, SHORTS, SINGLETS, SKI MASKS, SKI SUITS, SKI WEAR, SKIRTS, SKORTS, SLACKS, SLEEP MASKS, SLEEPWEAR, SLIPS, SMOCKS, SNOW SUITS, SNOWBOARD GLOVES, STOCKINGS, STOLES, SWEAT SUITS, VESTED SUITS, WARM-UP SUITS, WET SUITS, SUITS, SUNSUITS, SUSPENDERS, SWADDLING CLOTHES, TURTLENECK SWEATERS, V-NECK SWEATERS, SWEATERS, SWIM TRUNKS, SWIM WEAR, SWIMSUITS, T-SHIRTS, TAILLEURS, TANGAS, TANK TOPS, TEDDIES, TENNIS WEAR, THERMAL UNDERWEAR, TIES, TIGHTS, TOGAS, TOPS, TOQUES, TRACKSUITS, TROUSERS, TUNICS, TURBANS, TURTLENECKS, TUXEDOS, UNDERCLOTHES, UNDERGARMENTS, UNDERPANTS, UNDERSHIRTS, UNDERWEAR, UNIFORMS, UNITARDS, VEILS, VESTS, WAISTCOATS, WINDSHIRTS, WRAPS, ZOOT SUITS; FOOTWEAR OF ALL KINDS NAMELY, AFTER SKI BOOTS, SKI BOOT BAGS, SOCKS, ANKLETS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, BOOTIES, SKI BOOTS, BOOTS, TOE BOXES, CLEATS FOR ATTACHMENT TO SPORTS SHOES, CLOGS, GALOSHES, GOLF SHOES, HEEL INSERTS, HEELS, INNER SOLES, INSOLES, MOCCASINS, MUKLUKS, OVERSHOES, RUBBERS, SANDALS, SHOES, SLIPPERS, SNEAKERS, THERMAL SOCKS, SOCKS, SNOWBOARD BOOTS, SWEATSOCKS, THONGS, WATER SOCKS, ZORI; HEADGEAR FOR WEAR OF ALL KINDS NAMELY, BANDANAS, BANDEAUX, HEAD BANDS, BASEBALL CAPS, BATHING CAPS, BERETS, BONNETS, SHOWER CAPS, CAPS, EAR MUFFS, HATS, SUN VISORS, VISORS; NECKTIES, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, TOY SCALE MODEL CARS; GYMNASTIC APPARATUS, GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLATFORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUGBY BALLS, SOCCER BALLS, SPORT BALLS, BASEBALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED BOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES, NAMELY, BOARD GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISHHOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES, NAMELY, RING GAMES AND TARGET GAMES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, BOXING GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEAR FISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATH-

LETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CONSTRUCTION, REPAIR, DISMANTLING AND MAINTENANCE OF VEHICLES IN THE NATURE OF VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE, CLEANING, SERVICING, NAMELY REPAIRING, WASHING AND POLISHING, AND VARNISHING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 3026113041, FILED 12-11-2002, REG. NO. 30261130, DATED 2-17-2003, EXPIRES 12-31-2012.

OWNER OF U.S. REG. NOS. 617,131, 2,647,965 AND OTHERS.

SEC. 2(F) AS TO "MICROBUS".

SER. NO. 76-512,816, FILED 5-8-2003.

ADA HAN, EXAMINING ATTORNEY