# **EXHIBIT C**

919/00390                                                                             Serial No. 79/037,996

APPLICANT:            Volkswagen Aktiengesellschaft

ADDRESS:              D-38436
                              Wolfsburg, Germany

GOODS/SERVICES:    See Trademark Application



Attorneys:    Barth X. deRosa, Esq.
                    STEVENS, DAVIS, MILLER & MOSHER, LLP
                    1615 L Street, N.W.
                    Suite 850
                    Washington, D.C. 20036
                    (202) 785-0100