# **EXHIBIT D**



Advertise | About | Tips | RSS | Archives



The Eco-Friendly and Green Blog Search Engine

Click Here to Install Keetsa Search Engine on your Firefox





### Top Commentators

- Missy (10)
- ciasta (5)
- Naturopathic Treatment (4)
- cheap mattress (4)
- Futon-Matt (3)
- Patrick (3)
- British Beds (3)
- twin mattress (3)
- Leonardo (3)
- meeting rooms (3)

### Most Commented Last 30 Days

- Ivory Banned On eBay (4)
- Nextar Bluetooth Car Kits (4)
- Lemon Powered Clock (3)
- What Is Your Twitter Carbon Footprint? (3)
- Sharp Introduces New TV Recycling Program! (3)

« Uno Electric Cycle
Some great glasses from iWood »

## May 1, 2008

### Volkswagen Westfalla Verdier by Canadian designer Alexandre Verdier

Volkswagen Westfalla
Deals on Vanagon Westfalla Products 3,000+ Vanagon Westfalla Products
Vanagon.OhDeal.com

Eurovan & Vanagon Campers
Fuel Efficient Pop Top Campers! Now up to 40% off with Warranty.
www.poptopheaven.com

Vw Westfalla Campers
Bargain Prices. Smart Deals. Save on Vw Westfalla Campers!
Shopzilla.com

Vanagon Info
VW Vanagon Enthusiasts Welcome VW Vanagon Road Tests & Photos
www.insideLine.com

Ads by Google





Keetsa Mattress Store - Keetsa! Blog - Eco-Friendly and Green News » Blog Archive ... Page 2 of 7

Case 3:09-cv-00231-JSW    Document 14    Filed 01/16/09    Page 3 of 16

If you are looking for eco-friendly vehicles around, check out this one by Volkswagen. We all love the outdoors and roughing it. So if you want to add a piece of green to your extra curricular activities, check out this creation by Canadian Alexandre Verdier.

The frankly beautiful Volkswagen Westfalia Verdier was designed by Canadian designer Alexandre Verdier, and comes equipped with its own solar panels, a hybrid engine and "a swivel cooking range". So you can drive to your festival feeling stylish, eat stuff that didn't come in a polystyrene box... and feel smug as hell. I don't know how much this thing costs, but you can't put a price on that.

(Source) My Chemical Toilet

Filed by Brian Yalung at May 1st, 2008 on 8:23 pm under Auto, Cars, Hybrids | No comments

Tags: extra curricular activities, hybrid engine, polystyrene, solar panels, volkswagen westfalia

Ads by Google
Volkswagen Vanagon
VW Camper Van for Sale
Pop Top Camper
Westfalia Surge

**Rate This Post**

⭐⭐⭐⭐⭐
Loading ...

Suggest A Site | Get Keetsa Daily via e-mail | Email This Post

Search for More Eco-friendly and Green: [          ] [Search]  Powered by Gooef

**Leave a comment**

[          ] Name (required)

[          ] Mail (will not be published) (required)

[          ] Website

[                              ]

[Submit Comment]

☑ Notify me of followup comments via e-mail

**Bookmark It!**

del.icio.us |Digg it |SiteHoppin |Wagg It |

**Related Posts**

- Vatican Goes For Solar Power
- Times Square gets its first eco sign
- The G8 Summit is More than a Gathering
- Solar Powered Yacht Sounds Cool
- Solar Powered Lawn Mowers
- Solar Power Installation Creates New Jobs
- Solar Power for the Car
- Smart Sun Tracking Solar Panels
- Roughing It May Help Explain Personal Generated Energy
- Retail Packaging Made Simple
- Reefworld on the Eco-friendly Reefs
- Over Fifties Are Becoming Eco Friendly
- Lotus Elise gets the eco treatment
- Los Angeles County to Ban Styrofoam
- London To Get New Buses
- Good Energy Pays Good Customers
- Get Solar Panels At Walmart and Sams Club?
- Enjoy Night Out at the Eco-friendly Bar Surya
- EcoSak Bean Bags
- Eco Park Homes In The UK

RING BLOG
Rings
Rings
Rings

**Categories**

- Activisim (873)
- All Natural (532)
- Alternative Energy (555)
- Animals (187)
- Arts and Entertainment (801)
- Auto (343)
- Babies (121)
- Books (8)
- Burials (6)
- Business (103)
- Celebrity (188)
- Children and Toys (144)
- Eco Blogs (19)
- Eco Friendly (2981)
- Ecology (197)
- Electronics (464)
- entrepreneurs (23)
- Environment (111)
- Fashion and Beauty (812)
- Flying (2)
- Food (297)
- Gas (13)
- Global Warming (288)
- Great Gifts (151)
- Green (1927)
- Health and Well-being (344)
- Home and Garden (810)
- Keetsa Blog Readers (3)
- Laws (3)
- Local (14)
- Made in the USA (17)
- Media (2)
- National Wildlife Federation (2)
- Nature (63)
- Networks (1)
- News (232)
- Organic (302)
- PFOA (1)
- Plants (15)
- plastic (95)
- Pollution (479)
- Products (26)
- Re-use (361)
- Recyclable (67)
- Recycle (838)
- Reduce (515)
- Renewable Resources (157)
- Rubber (9)
- Rubbish (6)
- Science and Technology (421)
- Sea (2)
- Shopping (14)
- sleep (0)
- Smoking (3)
- Social Media (2)
- solar (14)
- Sustainability (115)
- Sweat-Shop Free (7)
- Synthetic Leather (3)
- t shirt (1)
- The Environment (69)
- Trees (42)
- Vegetarian (155)
- Video Clips (480)
- Women (3)
- World Map (319)


Recent Viewers
Powered By BlogCatalog

**About this site**

Keetsa! Blog is about eco-friendly and green news in the fast moving world of today. How can we make a better world? At Keetsa, we promote the eco-friendly products and people through our blog. Please help us find more cool stuff about making our earth better and a nicer place to live.

**Recent Readers**
- You! Join Our Community
- Cashbizz
- dablogger
- haraz@rogers.com
- ocraftsmen

View Reader Community
Join this Community
(provided by MyBlogLog)

Featured Sites from Zedomax Network



1. Win A Box Of Cutie's Mandarin Oranges!
2. 6 Events That Rocked Vegetarianism In 2008
3. 6 Smart Substitutions For Fatty Foods
4. Wacky Server Issues Resolved (I hope)
5. Can We Talk...About Vegetarian Protein?
6. Monday Comic Relief - Elf Thoughts
7. Happy Vegetarian Thanksgiving And Black Friday!
8. Monday Comic Relief
9. Economy Blues? 8 How-To Cope Tips For Vegetarians
10. Want A Free Sample Of Dunkin Donuts Coffee?

**BagWhiz**
Luxury Handbags and Bag Reviews

1. Tory Burch Obama Bag
2. Eric Javits 'Mini Squishee® - Star & Chain' Satchel
3. Dooney & Bourke Small Leather Dome Satchel
4. Kate Spade Bow Group Esti Handheld Tote
5. Whiting + Davis Bella Handbag
6. How to Wear or Carry a Handbag!
7. Louis Vuitton Vernis Alma
8. D & G Dolce & Gabbana Micol Envelope Clutch
9. Francesco Biasia 'Good Girl - Small' Patent Shopper
10. Burberry Cartridge Pleat Tote



Bag Search Engine for Internet Marketing

1. Wine bottles are screwed
2. Mini scale skyscrapers
3. The candle style lamp
4. Make your own fizz
5. The BSOD device
6. Top 10 Weird and Bizarre Gadgets!
7. Top 10 Interesting Bed Gadgets and Tech!
8. Top 10 Re-cap of Green Technology!
9. Loooaded.com Image Search Engine!
10. The TV digital photo frame

## bedzine

1. DIY: Cork Coasters
2. DIY: Build Your Own Fish Tank
3. Glenville Victorian Ash Bedroom Suite
4. The Sophia Lamp
5. Tea Pigs Cups
6. Oberon Bed
7. Goodnight Eileen
8. Riverside Post Bed
9. Roche Bobois Boheme Sofa
10. Redefining Room Aura with Table Lamps

Blog Search Engine for DIY, Hack, HOWTOs

1. Wine bottles are screwed
2. Mini scale skyscrapers
3. The candle style lamp
4. Make your own fizz
5. The BSOD device
6. Top 10 Weird and Bizarre Gadgets!
7. Top 10 Interesting Bed Gadgets and Tech!
8. Top 10 Re-cap of Green Technology!
9. Loooaded.com Image Search Engine!
10. The TV digital photo frame

## KEETSA

1. Old Macs Turned Into Birdhouses
2. The Wine Cask Hotel
3. Bio-Kelp Speakers from Samsung
4. Coke Opens Full Scale PET Recycling Plant
5. CD Cases made of NonRice Materials
6. 5 New Recycling Centers In Oregon Accept Computers
7. Solar Powered Water Purifier
8. Bike Has Solar Powered Lights
9. New York comes in on top
10. Wishbone Bike

## ProGolferDigest
Your source for advanced golf

1. Swing Thoughts!
2. Recommended Irons of the Week - Titleist Z Blend Forged Irons!
3. Golf Coupons - Up to 60% off Clearance Golf Shoes!
4. Justin Timberlake Opens a Golf Course!
5. Smart Ball Marker!
6. Mini Golf on the Roof of a House!
7. Golf Game for the iPhone!
8. Zakiya Randall, 17-Year-Old Female Teen Wins Against Adult-Men Amateurs!
9. Camilo Villegas Wins the Tour Championships!
10. Golf Ball History - Featheries, Gutta Percha, and more...

## Laptop PIMP

1. Olidata launch two Conte 13.3 laptops
2. Acer launches the TravelMate 6493
3. The Acer TravelMate 6593
4. Toshiba and Sun produce OpenSolaris
5. Intel tempts schools with the Classmate
6. Geneva Laptop Handbag
7. The SwissGear Backpack
8. The Belkin Laptop Cooling Stand
9. Great Laptop Bags
10. Cisco Wi-Fi gives life to laptops



**MATTRESSzine**

1. Keetsa Mattress Featured in the New York Times
2. Memory Tex Soy
3. Spaldin's Aircell Soy
4. Crate and Barrel Exclusive Mattress Pad
5. Biocell Soy Mattress
6. Mommy's Touch Mattress /Massage Mat
7. Full / Double 10" Soft Sleeper 5.5 Mattress With 4" Visco Elastic Memory Foam Plus Memory Foam Pillow
8. Intex Comfort Rising Air Mattress
9. Diamond and Firmrest from Dunlopillo
10. Bed Trader's Adjustable Bed

**Indiemix Network LLC**

1. JUNGzilla - Web 2.0 Blog/Image/Video/Tag Search Engine Launched!
2. AhZing Network Launched!
3. Stattt.com Launched! - Stats Search Engine for Webmasters
4. KouponBox Coupon Search Engine Launched!
5. Interesting Lawsuit by Toys R Us.com LLC and Amazon.com
6. Drop Entrecard "Literally" and start using SiteHoppin Widgets!
7. Google Reader Hack - How to Find Out Hidden Blog RSS Subscriber Numbers using Google Reader!
8. WPTUT - Wordpress Tutorials Social Networking Site Launched!
9. CozyURL.com URL Shortener Re-Launched!
10. Gawker Media Blog Network Reaches 297 PageViews Per Month!

**RINGBLOG**

1. Gunmetal Bee Ring
2. Nirvana Ring
3. Jeweled Lacquer Ring
4. Braided Enamel Ring
5. Tiger's Eye Ring
6. Sydney Evan Love Ring
7. Kacey K Two Tone Monogram Ring
8. Divya Diamond Green Amethyst Ring
9. Presh Gold Elephant Ring
10. Burberry Large Square Ring

**SLEEPzine**
SLEEP Online Magazine

1. Colds? Sleep it Out
2. Sleep 'n Play Infant Garments Recalled
3. Chocolate Can be a Sleep Disruptor
4. Is there Such a Thing as Sleep Driving?
5. Valerian Linked to Nightmares
6. Sleep More and Eat Less?
7. Cyberchondriacs Live Among Sleep Cure Searchers
8. Nightwave will Put you to Sleep
9. Oprah Trying to Do Too Much
10. SSM Center for Sleep Disorders Opens in St. Marys

**OnEarthTravel**

1. Tips for Budget Traveling Expensive Cities!
2. Theme Parks around the World!
3. Interesting Facts about Nazca Lines in Peru!
4. Dirtiest Cities in the World!
5. Best Street Food for Budget Travel!
6. Interesting Travel Log in Spain
7. Web Vision Italy shows you Italy in webcam fashion!
8. Crazy House in Vietnam?
9. German Food Recipes!
10. Most Bike-Friendly Cities in the World!

**Bloggy Business today**

1. Sony Reports $1 Billion Loss
2. Obama Stimulus Plan Promises 4 Million New Jobs
3. Tax Cuts to Aid Businesses and Consumers
4. GM Runs After Bankrupt Tooling and Parts Supplier
5. Mothers Can Use Xbox 360 for Viral Marketing Opportunities

Blog Design Services by Zedomax Blog Network | Keetsa Affiliate Program



# Bornrich.org

In association with Continental

Ads by Google   VW Camper Van for Sale   VW Camper Westfalia   Pop Top Camper   Volkswagen Vanagon

Home :: RSS :: Send Tips :: Advertise :: Contact ::

search here...   Search

## The All-New VW Westfalia Camper Van
Nandini (Who am I?) | Sep 1 2006

We have earlier told you about some desirable, ultra-luxurious camper vans that are fitted with every luxury, you can't afford to live without. But, if you are a VW-Westfalia campers fan than nothing could appeal you like a new much-improved model from the company. The company is working-upon its new modern version, which will inherit all the charms of the original along with the added luxuries and functionality.



The van's top panel will be intact but now it rises straight up instead of tilting and is covered in solar panels. The other updated features will include a kitchenette that swings completely out of the van and a storage drawer in the back for a set of folding chairs and LED lighting. The company is working with Alexandre Verdier, a French-Canadian designer group on its new model. Checkout even more pics at the site here.

via AutoBlog

Shopping
Think Cash Loans.
Payday Cash Advance Loans
Pick Your State to apply for loans.
Use an easy cash advance for a variety of money needs. Payday loans can be used to cover monthly bills and emergency expenses. camper vans, Alexandre Verdier,
replica handbags

Tags: VW Westfalia Camper Van, luxury
Technology



IBM Remains US Patent Leader
18 hrs ago



Want Windows 7?
6 days ago



Microsoft Updates Windows, Again
18 hrs ago

Mickey Mouse Transformer is a cool transforming bot
11 hrs ago

- Normal

## Comments

Anton Ross (Who am I?) | Sep 5 2006

This is NOT the new Westy...merely an award-winning design concept by Verdier(http://www.verdier.ca/) that will not be built by VW.

Ever.

VW is currently negotiating with DCX (Daimler/Chrysler) to build a new VW van at the plant in St. Louis. Thus far, no design sheets have been shown for it.

Much as I'd like to see it built, since VW has not expressed an interest in the concept, it will not be a Volkswagen IF it ever gets past the design phase.

Reply to this comment

Martha Jesse (Who am I?) | Oct 4 2008

I wonder if these vans has better gas mileage than the usual vans we commonly see on the roads. I like the second one though.

Reply to this comment

| Eurovan & Vanagon Campers | 2009 VW Routan |
|---|---|
| Fuel Efficient Pop Top Campers! Now up to 40% off with Warranty. | VW Routan Starting at $24,700. See Inventory in SF and Get a Quote! |

Ads by Google

Add Your Comment

_____ Name*

_____ Mail* (will not be published)

http:// _____ Website

Salt Lake City _____ City

United States _____ Country

⦿ Male  ○ Female

[                                    ]

0 8 3
*(compulsory)
Post Comment

OR

Join Instablogs for free to comment on this story. Have an account already? Login to comment. (Forgot Password?)





## Instablogs Club



Celeb Fashion: Lady GaGa is a fashion disaster (Celeb Guru)



Kate Winslet and her 'real' breasts grace *InStyle* magazine! (Celeb Guru)



Will Smith wants to play Barack Obama (Celeb Guru)



Video: LiLo and Sam are very much together! (Celeb Guru)



Divorce is not an option - Jennifer Lopez (Coolcelebs)



Paula Abdul is reformed! (Celeb Guru)



Nicollette Sheridan looks great without her pants! (Celeb Guru)
Add This

## Cool Geeks (Hall Of Fame)



Jeremy Gutsche (Trendhunter)

Popular is not cool. But he's both popular and cool. Any guesses? Yes, you guessed it right. Jeremy Gutsche, founder of Trendhunter is our Cool...



John Biggs


Avi Abrams
Peter Rojas
☒
More>>



## Archives

2009
January 2009
2008
2007
2006
2005



## Tags

Auction Auctions bathroom blogger Bluetooth Cars CES 2008 Chair christmas cool geek diamond diamonds ebay Ferrari fireplace furniture Gaming gold HDTV Home Furnishing Home Theater India interview interviews iPhone ipod japan kitchen lcd tv LG Lifestyle limited edition Loudspeakers luxury luxury car Luxury Cars luxury phones luxury yachts Music Robot Samsung Sony spa Speakers Table Technology wine workstation yacht Yachts
More>>

## Fresh Comments

Busby SEO Test
on Larson Recliner swings your... Luxury chair and looks elegant. $849 I think it's reasonable price

Nokia Phone Accessory
on Nokia 8800 gets gold plated... $3785 for a phone.... oopsss

Busby SEO Test

on Larson Recliner swings your... Luxury chair

Amy Grant
on Swarovski Studded Rhinestone... $155 is a good deal for this stylish USB. But, I dont think this is a USB-necklace. But...

Amy Grant
on CES 2008 - SanDisk shows... Style and Technology... This is really a good idea :)
To Advertise please Contact Us.

Published by The Instablogs Network, Citizen Media Pvt. Ltd.
Copyright © Instablogs Network 2005. All rights reserved.
Advertising | About | Disclaimer | Privacy Policy | Terms of Use | Contact