IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VOLKSWAGEN AG, et al.,

    Plaintiffs,

v.

VERDIER MICROBUS AND CAMPER, INC., et al.,

    Defendants.

No. C 09-00231 JSW

**ORDER REQUIRING SUPPLEMENTAL BRIEFING RE MOTION FOR PRELIMINARY INJUNCTION**

On January 16, 2009, Plaintiffs filed this action alleging, *inter alia*, claims for trademark infringement. On January 23, 2009, Plaintiffs filed a motion for preliminary injunction, which is scheduled to be heard on February 27, 2009. Pursuant to this Court's Local Rules, defendants' opposition was due on February 6, 2009. Defendants have not yet appeared or filed an opposition to the motion. Having reviewed the docket in this case, the Court HEREBY ORDERS Plaintiffs to file supplemental briefing in connection with their motion as to whether the Defendants, including Mr. Verdier, have been served properly with the Complaint and with the pending motion. Plaintiffs' supplemental briefing shall be due to the Court by no later than February 17, 2009, and shall not exceed seven (7) pages.

**IT IS SO ORDERED.**

Dated: February 9, 2009

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE