SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Of Counsel (Admitted Pro Hac Vice):
HOWARD, PHILLIPS & ANDERSEN
GREGORY D. PHILLIPS, Utah Bar No. 4645
THOMAS R. LEE, Utah Bar No. 5991
560 East 200 South, Suite 300
Salt Lake City, UT 84102
Telephone: 801-366-7471
Facsimile: 801-366-7706
Electronic mail: gdp@hpalaw.com
leet@law.byu.edu

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **VOLKSWAGEN AG,** a German corporation, and **VOLKSWAGEN GROUP OF AMERICA, INC.**, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>**VERDIER MICROBUS & CAMPER, INC.,** an entity of unknown origin, and **ALEXANDRE VERDIER**, an Individual,<br><br>Defendants. | Civil Action No. C-09-0231-JSW<br><br>**ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND [PROPOSED] ORDER THEREON**<br><br>[Civil L.R. 7-11, 16-2(d)]<br><br>**[For Immediate Attention: Requesting Continuance of May 15, 2009 CMC]**<br><br>Courtroom: 2, 17th Floor<br>Honorable Jeffrey S. White |

W02-WEST:6NB1\401529816.3
Civil Action No. C-09-0231-JSW

1

ADMINISTRATIVE MOTION TO CONTINUE
INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES,
AND [PROPOSED] ORDER THEREON

## ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Pursuant to Civil Local Rules 7-11 and 16-2(d), Plaintiffs Volkswagen AG and Volkswagen Group of America, Inc. ("Plaintiffs") move to extend the date of the Initial Case Management Conference and related deadlines.

Counsel for the parties have agreed upon the final form of a settlement agreement and a separate stipulated final judgment of permanent injunction, which Plaintiffs are informed have been approved by Defendants' principal. Plaintiffs are simply waiting to receive executed versions of these documents so that the stipulated final judgment can be filed with the Court. Plaintiffs expect to receive executed versions imminently and have confirmed with Defendants' counsel that the signatures will be forthcoming. However, Plaintiffs were informed today by Defendants' counsel that Defendants' principal is away and is unable to execute the documents until likely May 14, 2009. Out of an abundance of caution, Plaintiffs now wish to save the Court and parties any complication or waste of resources that may result if the Initial Case Management Conference is not continued to allow sufficient time for the execution and filing of the stipulated final judgment.

The Initial Case Management Conference is currently scheduled for this Friday, May 15, 2009 at 1:30 p.m. Due to the settlement discussions that have proven successful, no Joint Case Management Conference Statement has been filed, and Defendants have not yet answered nor has counsel for Defendants officially appeared in the case.

In light of the approved settlement between the parties that must simply be formalized with final signatures, and in the interests of efficiency and conservation of resources for the Court and the parties, Plaintiffs respectfully request the Initial Case Management

Conference be continued to **June 19, 2009 at 1:30 p.m.**, and that all other related deadlines calculated based on the Initial Case Management Conference date also be continued accordingly. Plaintiffs estimate this continuance will certainly provide sufficient time for the parties to fully execute their settlement documents and file the stipulated final judgment, ultimately avoiding the need to even hold an Initial Case Management Conference.

Plaintiffs have filed this request as an administrative motion pursuant to Civil L.R. 7-11 instead of as a stipulation because Defendants have not answered in this action and counsel for Defendants has not yet officially appeared in this action (and it is expected Defendants' principal will simply execute the stipulated final judgment directly). However, Plaintiffs are informed that Defendants do not oppose this motion. Accordingly, Plaintiffs request that an order be entered on this administrative motion immediately, without the usual Civil L.R. 7-11(b) waiting period of three days for a potential response, due to the imminence of the Initial Case Management Conference currently scheduled for this Friday, May 15, 2009.

Dated: May 12, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/ Neil A. Smith*
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118

Of Counsel (Admitted Pro Hac Vice):
HOWARD, PHILLIPS & ANDERSEN
Gregory D. Phillips Utah Bar No. 4645
Thomas R. Lee Utah Bar No. 5991

(Attorneys for Plaintiffs)

W02-WEST:6NB1\401529816.3
Civil Action No. C-09-0231-JSW -3-

ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND [PROPOSED] ORDER THEREON

# ~~PROPOSED~~ ORDER

**IT IS HEREBY ORDERED THAT** the Initial Case Management Conference in this action is continued to **June 19, 2009 at 1:30 p.m.**, and that all related deadlines calculated therefrom are also continued accordingly.

**IT IS SO ORDERED.**

Dated: May 12, 2009

*Jeffrey S. White*
Jeffrey S. White
United States District Court Judge