IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VOLKSWAGEN AG, et al.,,

    Plaintiffs,

v.

VERDIER MICROBUS AND CAMPER, INC., et al.,

    Defendants.

No. C 09-00231 JSW

**ORDER RE FINAL JUDGMENT OF PERMANENT INJUNCTION**

The Court has received the parties' Final Judgment of Permanent Injunction. Defendant Alexandre Verdier has signed on behalf of himself and on behalf of Verdier Microbus & Camper, Inc. The record suggested that Verdier Microbus & Camper, Inc. might not have been incorporated, however that issue has not been conclusively resolved. Although the Court has no desire to upset the agreement that the parties have reached, a corporation cannot represent itself. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); Civil Local Rule 3-9(b). Accordingly, the Court cannot enter the Order on behalf of both defendants at this time.

**IT IS SO ORDERED.**

Dated: May 18, 2009

                                                            JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE