SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Electronic mail: nsmith@sheppardmullin.com
nbruno@sheppardmullin.com

Of Counsel (Admitted *Pro Hac Vice*):
HOWARD, PHILLIPS & ANDERSEN
GREGORY D. PHILLIPS, Utah Bar No. 4645
THOMAS R. LEE, Utah Bar No. 5991
SCOTT R. RYTHER, Utah Bar No. 5540
560 East 200 South, Suite 300
Salt Lake City, UT 84102
Telephone: 801-366-7471
Facsimile: 801-366-7706
Electronic mail: gdp@hpalaw.com
leet@law.byu.edu
sryther@hpalaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLKSWAGEN AG, a German corporation, and VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VERDIER MICROBUS & CAMPER, INC., an entity of unknown origin [now confirmed herein to be simply a "dba" trade name used by individual defendant Alexandre Verdier, and not a legal entity], and ALEXANDRE VERDIER, an Individual [also doing business as VERDIER MICROBUS & CAMPER, INC.],<br><br>Defendants. | Civil Action No. C-09-0231-JSW<br><br>**FINAL JUDGMENT OF PERMANENT INJUNCTION**<br><br>Honorable Jeffrey S. White |

This is an action for trademark infringement and unfair competition under the Lanham Act and California Law brought by Plaintiffs, Volkswagen AG and Volkswagen Group of America, Inc., against Defendant Alexandre Verdier, also doing business as Verdier Microbus & Camper, Inc. (which was originally sued as an entity of unknown origin, but which Defendant Alexandre Verdier confirms by his signature hereto is not a legal entity and is simply a "dba" trade name he personally has used in his business-related dealings). The Court has jurisdiction of this action, venue resides in this Court, and the Court has jurisdiction over the parties to this action.

Based upon the Preliminary Injunction entered by the Court in this action on April 3, 2009, and based upon stipulation and consent hereto of Plaintiffs Volkswagen AG and Volkswagen Group of America, Inc. (collectively "VW") and Defendant Alexandre Verdier, also doing business as Verdier Microbus & Camper, Inc. (which was sued herein as an entity of unknown origin, but is now confirmed by Alexandre Verdier to be simply a "dba" trade name for and used by Defendant Alexandre Verdier, *i.e.*, Alexandre Verdier doing business as Verdier Microbus & Camper, Inc.) (collectively "Defendants"), and further based upon Defendant Alexandre Verdier's specific representation confirmed by his signature below that Defendant Verdier Microbus & Camper, Inc. is not a legal entity (and has never been registered as a corporation anywhere in the world) but is merely a trade name for and used by Defendant Alexandre Verdier under which he has done business, and good cause appearing therefor, the Court hereby enters the following Final Judgment of Permanent Injunction:

**IT IS HEREBY ORDERED THAT:**

**PERMANENT INJUNCTION**

Defendant Alexandre Verdier, also doing business as Verdier Microbus and Camper, Inc. (which was sued separately herein as an entity of unknown origin, but is now confirmed to be simply a "dba" trade name for and used by Defendant Alexandre Verdier), and all of their partners, agents, servants, employees, and all other persons in active concert or participation with Defendants who receive actual notice of this Order, are permanently enjoined and restrained from using VW's Microbus trademark, VW's Emblem trademark, and the overall appearance of VW's Microbus automobile, or any confusingly similar variations thereof, including but not limited to using same in their business names (such as using "Verdier Microbus & Camper, Inc."), in any of their product

names (such as using "Verdier Microbus"), or incorporating same in their products (including but not limited to any vehicles they offer, design, or manufacture), and are further permanently enjoined and restrained from using or displaying VW's design trademarks or logos, or confusingly similar variations thereof, including, but not limited to, VW's Emblem trademark or the Verdier Emblem or Logo (displayed below):

[Verdier emblem/logo image]

Further, Defendants are permanently enjoined and restrained from using VW's Microbus design or trade dress in their advertising, in any media including in print or Internet displays or metatags, and from otherwise using VW's trademarks or trade dress in any way which is likely to mislead consumers into believing that Defendants' business, products, and services, are associated or affiliated with, sponsored, or authorized by Plaintiffs.

Further, Defendants will advise all of their suppliers and advertisers they have communicated with regarding the Verdier Microbus, and all websites, writers, awards, or contests they have communicated with regarding the Verdier Microbus, of the Preliminary Injunction Order issued by the Court on April 3, 2009, provide each of them with a copy thereof, and further tell each of them that Verdier will not be selling the Verdier Microbus.

Each party shall bear his or its own attorneys' fees and costs.

The Court shall retain jurisdiction of this action, and over the parties thereto, for enforcement of the Final Judgment of Permanent Injunction, this Order, and the settlement agreement between the parties resolving this action.

IT IS SO STIPULATED AND AGREED:

VOLKSWAGEN GROUP OF AMERICA, INC. for itself and on behalf of VOLKSWAGEN AG

By: *Debra L. Kingsbury*

Its: Assistant General Counsel

Date: May 28, 2009

ALEXANDRE VERDIER, individually, and on behalf of VERDIER MICROBUS & CAMPER, INC. (which was sued separately herein as an entity of unknown origin, but is confirmed hereby to be simply a "dba" trade name for and used by Defendant Alexandre Verdier, i.e., Alexandre Verdier doing business as Verdier Microbus & Camper, Inc.)

*Alexandre Verdier*

Date: 28/05/09

IT IS SO ORDERED.    Dated: ~~May ___, 2009~~ June 1, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA