# VOLKSWAGEN
GROUP OF AMERICA

*E-filing*

The Honorable Jeffrey S. White
United States District Court Judge
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

DAVID GEANACOPOULOS
EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL
PHONE: 703 364 7240
FAX: 703 364 7080
DAVID.GEANACOPOULOS@VW.COM
OCTOBER 19, 2009

**Re: Volkswagen AG v. Verdier Microbus and Camper**
     **No. C 09-00231 JSW, 2009 WL 928130 N.D. Cal., 2009**

Dear Judge White:

Your Honor's thoughtful reasoning and discussion of the trade dress issues regarding the distinctive shape of the VW Microbus have recently been the topic of discussion in the automotive industry. In particular, the ability of automobile manufacturers to protect their famous designs is extremely important to the viability of the automobile industry as new, foreign and off-shore manufacturers begin manufacturing automobiles. Your Opinion helps parties on both sides of the issue to understand their rights and to guide their conduct.

VOLKSWAGEN GROUP OF AMERICA, INC
2200 FERDINAND PORSCHE DRIVE
HERNDON, VA 20171
PHONE +1 703 364 7000

In addition, your ruling has been cited in at least three trademark cases, including *Maxim Integrated Products, Inc. v. Quintana*, --- F.Supp.2d ----, 2009 WL 2136963 (N.D.Cal. July 16, 2009); *CytoSport, Inc. v. Vital Pharmaceuticals, Inc.*, 617 F.Supp.2d 1051 (E.D.Cal. May 06, 2009); and *Mortgage Electronic Registration Systems, Inc. v. Brosnan*, 2008 WL 6806990 (N.D.Cal. September 04, 2008).

Because of the interest that has been generated by Your Honor's Opinion and Your Honor's thoughtful discussion of several issues that Volkswagen believes significantly add to and advance trademark law in the automotive industry, Volkswagen respectfully urges the Court to give serious consideration to publishing the Opinion in the Federal Supplement so that the Opinion will be more accessible to parties in the trademark enforcement area and also more authoritative.

Thank you for your consideration of this request.

Very truly yours,

David Geanacopoulos
General Counsel